UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OHR SOMAYACH/JOSEPH TANENBAUM           Civil Action No. 19-11730
EDUCATIONAL CENTER,

                Plaintiff,           **COMPLAINT**

   - against -

FARLEIGH INTERNATIONAL LIMITED,

                Defendant.
-------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Ohr Somayach/Joseph Tanenbaum Educational Center, by its counsel, Jonathan M. Proman, Esq., hereby states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: December 23, 2019

                              **JONATHAN M. PROMAN, ESQ.**

                              By: */s/ Jonathan M. Proman*
                                  Jonathan M. Proman

                              30 Wall Street, Eighth Floor
                              New York, New York 10005
                              (917) 524-7566
                              jproman@promanlaw.com
                              *Attorney for Plaintiff*
                              *Ohr Somayach/Joseph Tanenbaum Educational Center*