UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OHR SOMAYACH/JOSEPH TANENBAUM EDUCATIONAL CENTER,

Plaintiff,

v.

FARLEIGH INTERNATIONAL LIMITED,

Defendant.

**NOTICE OF APPEARANCE**

Case No. 1:19-cv-11730-NSR

PLEASE TAKE NOTICE that Benjamin S. Fischer hereby appears as counsel for Defendant Farleigh International Limited in the above-captioned action and requests that copies of all papers be served upon the undersigned at the address set forth below.

I certify that I am admitted to practice before this court.

Dated: New York, New York
January 14, 2020

                                                MORVILLO ABRAMOWITZ GRAND
                                                IASON & ANELLO P.C.

By:   /s/ Benjamin S. Fischer
         Benjamin S. Fischer
         565 Fifth Avenue
         New York, NY 10017
         Telephone: (212) 856-9600
         Fax: (212) 856-9494
         bfischer@maglaw.com

         *Attorneys for Defendant Farleigh International Limited*