UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OHR SOMAYACH/JOSEPH TANENBAUM EDUCATIONAL CENTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FARLEIGH INTERNATIONAL LIMITED,<br><br>　　　　　Defendant. | **NOTICE OF APPEARANCE**<br><br>Case No. 1:19-cv-11730-NSR |

PLEASE TAKE NOTICE that Devin Cain hereby appears as counsel for Defendant Farleigh International Limited in the above-captioned action and requests that copies of all papers be served upon the undersigned at the address set forth below.

I certify that I am admitted to practice before this court.

Dated: New York, New York
　　　　January 14, 2020

　　　　　　　　　　　　　　　　　　MORVILLO ABRAMOWITZ GRAND
　　　　　　　　　　　　　　　　　　IASON & ANELLO P.C.

　　　　　　　　　　　　By:　  /s/ Devin Cain
　　　　　　　　　　　　　　　　Devin Cain
　　　　　　　　　　　　　　　　565 Fifth Avenue
　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　Telephone: (212) 856-9600
　　　　　　　　　　　　　　　　Fax: (212) 856-9494
　　　　　　　　　　　　　　　　dcain@maglaw.com

　　　　　　　　　　　　　　　　*Attorneys for Defendant Farleigh International Limited*