UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OHR SOMAYACH/JOSEPH TANENBAUM EDUCATIONAL CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>FARLEIGH INTERNATIONAL LIMITED,<br><br>    Defendant. | **NOTICE OF APPEARANCE**<br><br>Case No. 1:19-cv-11730-NSR |

PLEASE TAKE NOTICE that Kevin Grossinger hereby appears as counsel for Defendant Farleigh International Limited in the above-captioned action and requests that copies of all papers be served upon the undersigned at the address set forth below.

I certify that I am admitted to practice before this court.

Dated: New York, New York
       January 14, 2020

                                                      MORVILLO ABRAMOWITZ GRAND
                                                      IASON & ANELLO P.C.

               By:    /s/ Kevin Grossinger
                      Kevin Grossinger
                      565 Fifth Avenue
                      New York, NY 10017
                      Telephone: (212) 856-9600
                      Fax: (212) 856-9494
                      kgrossinger@maglaw.com

                      *Attorneys for Defendant Farleigh*
                      *International Limited*