UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
OHR SOMAYACH/JOSEPH TANENBAUM
EDUCATIONAL CENTER,

             Plaintiff-Counterclaim Defendant,       No. 19 cv. 11730 (NSR)

  - against -

FARLEIGH INTERNATIONAL LIMITED,

             Defendant-Counterclaim Plaintiff.
---------------------------------------------------------------X

**FARLEIGH INTERNATIONAL LIMITED'S DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant-Counterclaim Plaintiff

Farleigh International Limited states that its sole shareholder is Electus Investments Limited, a

company incorporated in the British Virgin Islands.

Dated: January 14, 2020
      New York, New York

                                    Respectfully submitted,

                                    MORVILLO ABRAMOWITZ GRAND
                                     IASON & ANELLO, P.C.

                                    By:   /s/ Benjamin S. Fischer
                                        Benjamin S. Fischer
                                        Devin M. Cain
                                        Kevin Grossinger

                                    *Attorneys for Farleigh International Limited*