```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
```

OHR SOMAYACH/JOSEPH TANENBAUM
EDUCATIONAL CENTER,

                        Plaintiff,                  <u>ORDER</u>

v.

                                                     7:19-cv-11730-(PMH)

FARLEIGH INTERNATIONAL LIMITED,

                        Defendants.

```
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

       This matter has recently been reassigned to me. The Court has reviewed Plaintiff's pre-motion letter request dated February 4, 2020 (Doc. 12) and Defendant's response thereto dated February 7, 2020 (Doc. 13). Additionally, the Court has reviewed Defendant's letter dated February 27, 2020 (Doc. 14) and Plaintiff's response dated March 2, 2020 (Doc. 15). At this time the Court is scheduling an initial pre-trial conference to discuss a Case Management Plan as well as all open issues including Plaintiff's anticipated motion to dismiss Defendant's counterclaims and the parties' disagreement regarding how discovery should proceed.

       This Order shall serve as the Notice of Initial Conference. In compliance with Rule 2(B) of my Individual Practices, the parties are directed to file, by April 30, 2020, a proposed Case Management Plan and Scheduling Order.

       Consistent with the Court's recent standing orders restricting access to the courthouse, the initial pre-trial conference will be held telephonically on May 7, 2020 at 10:30 a.m. At the time of the scheduled conference, counsel shall call: (888) 398-2342; access code 3456831.

       The Clerk of the Court is instructed to terminate the letter motion Doc. 12.

Dated: New York, New York
         April 6, 2020

                                                                        Philip M. Halpern
                                                                        United States District Judge