# Jonathan Proman

| | |
|---|---|
| **From:** | Jonathan Proman <jproman@promanlaw.com> |
| **Sent:** | Thursday, December 26, 2019 10:07 PM |
| **To:** | 'percyh@mhc-services.co.uk' |
| **Subject:** | Ohr Somayach/Joseph Tanenbaum Educational Center v. Farleigh International Limited \| Civil Action No. 19-11730 (S.D.N.Y.) |

**Confidential Communication Protected by Federal Rule of Evidence 408**

Mr. Hayball:

My client's strong preference is to resolve the above action through binding Jewish arbitration, before mutually agreed upon Jewish arbitrators.  Please advise whether Farleigh International Limited would agree to Jewish arbitration—in which case the action in U.S. federal court would be dismissed immediately.

Thank you.


Jonathan M. Proman
30 Wall Street, Eighth Floor
New York, New York 10005
(917) 524-7566
jproman@promanlaw.com
www.promanlaw.com

This electronic transmission by the law office of Jonathan M. Proman, Esq. contains information that may be confidential or proprietary, or protected by the attorney-client privilege or work product doctrine.  If you are not the intended recipient, any disclosure, copying, distribution or use of the contents hereof is strictly prohibited.  If you received this transmission in error, please notify us at once at jproman@promanlaw.com or by calling (917) 524-7566.  To learn more about us, please visit www.promanlaw.com.