UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OHR SOMAYACH/JOSEPH TANENBAUM
EDUCATIONAL CENTER,                                                Case No. 19-cv-11730 (PMH) (LMS)

       Plaintiff / Counterclaim Defendant,

  - against -

FARLEIGH INTERNATIONAL LIMITED,

       Defendant / Counterclaim Plaintiff.
------------------------------------------------------------X

**DECLARATION OF JONATHAN M. PROMAN IN SUPPORT OF
MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS**

Jonathan M. Proman, pursuant to 28 U.S.C. § 1746, declares:

1. I am counsel to the plaintiff / counterclaim defendant Ohr Somayach/Joseph Tanenbaum Educational Center in this action.

2. Attached are true copies of the following documents:

    **Exhibit A**: Complaint in this action, dated December 23, 2019.

    **Exhibit B**: Answer and Counterclaims in this action, dated January 14, 2020.

    **Exhibit C**: Deed of Gift referred to in Farleigh International Limited's pleading, dated July 20, 2005, received by me from its prior counsel, Percy Hayball, Esq., on December 4, 2019. A bank account number has been redacted.

    **Exhibit D**: Letter from Percy Hayball, Esq., dated November 12, 2019, received by Ohr Somayach and forwarded to me (the "Demand Letter").

    **Exhibit E**: Ohr Somayach's response to the Demand Letter, dated November 21, 2019.

    **Exhibit F**: Letter from Percy Hayball, Esq., dated December 4, 2019.

    **Exhibit G**: UCC-1, recorded on August 22, 2019, which I obtained online from the Rockland County Clerk's Office.

1

2

      **Exhibit H**: Rabbinical tribunal award dated August 21, 2019, referred to in Farleigh International Limited's pleading (at p. 11 ¶ 18).

3.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2020

                                              */s/ Jonathan M. Proman*
                                              **Jonathan M. Proman**