15

# DEED OF GIFT

## BETWEEN

(1)   FARLEIGH INTERNATIONAL LIMITED,
Donor

(2)   OHR SOMAYACH TANENBAUM EDUCATIONAL CENTER,
Recipient

THIS DEED OF GIFT is made at the 20 day of July, 2005 by and between:

(1)   FARLEIGH INTERNATIONAL LIMITED, a company registered in British Virgin Islands, whose address is: 3rd Floor, Omar Hodge Building, Wickhams Cay I, P.O. Box 362, Road Town, Tortola, B.V.I. (hereinafter referred to as the "Donor") on the one part,

AND

(2)   OHR SOMAYACH TANENBAUM EDUCATIONAL CENTER, a religious corporation registered in the State of New York, whose address is: 244 Route 306, Monsey, NY 10952 (hereinafter referred to as the "Recipient") on the other part.

NOW THIS DEED WITNESSES as follows:

1.   Recitals

1.1   The Donor wishes to provide financial assistance to the Recipient to support the Recipient's non – profit purposes.

1.2   The Recipient is willing to accept the gift and to utilize the gift in accordance with its non-profit purposes.

1.3   The Donor wishes to transfer and assign by way gift to the Recipient the aggregate total amount of US$250,000 (Two Hundred Fifty Thousand 00/00 US Dollars) (the "Donation").

2.   Assignment

2.1 The Donor assigns and transfers to the Recipient by way of gift the Donation absolutely.

2.2 The Donor shall disburse the total amount of the Donation in one or more installments till the end of the year 2005.

2.3 The Donation shall be paid in US Dollars.

2.4. The Donation shall be paid into the following bank account:

   Account name: OHR SOMAYACH TANENBAUM EDUCATIONAL CENTER
   Account No: [redacted]
   Bank: BANK OF NEW YORK
   Swift Code: IRVTUS3N
   ABA ROUTIN: G 021000018

3.   Tax Indemnity

3.1   The Recipients will indemnify and hold harmless the Donor from and against any tax, duty, levy or import property charged, levied or imposed on the Donor from the country wherein the Recipient resides, by reason of or arising out of the gift herein contained.

3.2    In no event shall the liability of the Recipients under this indemnity exceed the value of the Donation herein contained.

4.    Obligations of the Recipient.

4.1    The Recipient shall apply the Donation in accordance with its non-profit purposes.

4.2    The Recipient shall provide to the Donor, basing on its request, an annually analysis of the manner in which the Donation or any part thereof have been applied.

4.3    In the event the Donation are used not for their designated purpose, the Company shall have the right to suspend the transfer of Donation under this agreement until the relations between the Parties have been settled and/or request the return of any Donation transferred earlier.

5.    Governing Law and Jurisdiction

This Deed shall be governed by and constructed in all respects in accordance with the laws of England without regard to its conflict of law principles. The Parties agree to submit to the non-exclusive jurisdiction of the courts of the British Virgin Islands for resolution of any claims, disputes or matters arising in relation to this Deed.

*Executed and delivered as a deed in two identical copies in English language, each having equal legal force, on the day and year first before written.*

SIGNED by [signature] o/b Thackeray Investments Limited /
for and on behalf of FARLEIGH INTERNATIONAL LIMITED

SIGNED by [signature] Abraham Braun

for and on behalf of OHR SOMAYACH TANENBAUM EDUCATIONAL CENTER

2