# MHC (Services) Ltd

BY COURIER:

OHR SOMAYACH / JOSEPH TANENBAUM EDUCATIONAL CENTER
244 Route 306
Monsey
NY 10952
USA

For the attention of:
Rabbi Y. Rokowsky, Dean and Board of Trustees of Ohr Somayach/Joseph Tanenbaum Educational Center

and

Rabbi Y. Rokowsky
14 Valencia Drive
Monsey
NY 10952
USA

<u>WITHOUT PREJUDICE</u>
<u>CONFIDENTIAL</u>

12 November 2019

<u>FOR URGENT ATTENTION</u>

Dear Sirs,

I act on behalf of Farleigh International Limited.

As you aware, my client, as donor, and Ohr Somayach/Joseph Tanenbaum Educational Center (the "**Religious Corporation**"), as recipient, are the parties to a deed of gift dated 20 July 2005 (the "**Deed of Gift**").

Following entry into the Deed of Gift, my client transferred to the Religious Corporation considerable sums of money. The sums transferred included at least USD 6,650,000 (Six Million, Six Hundred and Fifty Thousand United States Dollars) (hereinafter referred to as the "**Donations**") specifically advanced for the designated purpose of constructing an educational complex to be used, in accordance with the Religious Corporation's non-profit purposes, as a global resource for the kiruv community for thousands of participants who (it was intended) would benefit from an exciting array of learning opportunities to be provided at the building.

It is now apparent that although a building has been constructed - the Beit Shvidler Conference Center - this building is not being properly used for the designated purpose. Rather than being used to provide the intended educational opportunities, much of the time the Beit Shvidler Conference Center is instead left vacant or is rented out commercially to generate income. Moreover, it appears that income generated from commercial rental of the Beit Shvidler Conference Center has not been used to fund

ongoing maintenance of the building or to support educational, non-profit programs therein, but has instead been diverted elsewhere.

In addition to being deeply concerned about the use of the Beit Shvidler Center, my client also has very serious concerns about the past, and ongoing, management of the affairs and business of the Religious Corporation and recent changes to the Trustees of the Religious Corporation. In particular, whether, as required, the Trustees' management of the Religious Corporation has at all times been consistent, and in adherence, with the Religious Corporation's non-profit purposes, its By-Laws, the fiduciary duties of the Trustees and more generally the Laws of the State of New York.

In the circumstances, and in accordance with the terms of the Deed of Gift and applicable law, my client is entitled to request, and hereby does request, the immediate return of the Donations. Please now promptly, and without further delay, return to my client the full amount of the Donations, properly adjusted for the current market value of the building and inflation as fair compensation to my client for, amongst other things, its loss of the use of the monies comprising the Donation.

In the event that the Donations are not repaid in full to my client, together with such additional amounts to properly reflect the aforementioned adjustment, appropriate legal action will be taken. In the event such action is considered necessary, you may also be liable to pay the associated legal costs. Those costs are likely to be significant.

In the meantime, pending repayment of the Donations, I hereby request that you provide my client with full and correct copies of the accounting books and records of the Religious Corporation relating to the Beit Shvidler Conference Center, together with all minutes of proceedings of its Trustees relating to the building and a list of all events held at the building since completion of its construction. My client is entitled to be provided with such information and documents in order to verify the manner in which the Donations have been applied by the Religious Corporation. Please send the requested documents by courier, marked for the attention of Mr. Percy Hayball, to: MHC (Services) Limited, 5th Floor, CFC, Stamford Bridge, Fulham Road, London SW6 1HS, United Kingdom.

Please also confirm that no mortgage, charge, pledge, lien, encumbrance, hypothecation or other security interest securing any obligation of any person, or any other agreement or arrangement having a similar effect, has been granted over the Beit Shvidler Conference Center or any part of. As you will recall, any such security interest is strictly prohibited.

All of my client's rights and/or remedies, whether present or future, arising out of or in connection with any of the Deed of Gift, the Religious Corporation's By-Laws, applicable law and/or any breaches and/or violation thereof are fully and unconditionally reserved, including (but not limited to) my client's right to seek compensation for damages of whatsoever nature arising out of or in connection with such breaches, including (but not limited to) for loss of use of the monies comprising the Donations, loss of profits and loss of time. Nothing in this letter, nor any delay, action or inaction, constitutes, or shall in any way be deemed to constitute, a waiver of and/or consent to any breach, whether present of future, of any provision of the Deed of Gift, the Religious Corporation's By-Laws and/or applicable law.

# MHC (Services) Ltd

Should you need to contact me in relation to any of the matters referred to herein, you may do so by emailing me at: percyh@mhc-services.co.uk

I look forward to receiving the requested documents and confirmation without further delay and to the prompt repayment of the Donations.

Yours faithfully,

Percy Hayball

Legal Counsel
MHC (Services) Limited