# TARGEM TRANSLATIONS

T 718 384 8040
F 718 388 3516
E info@targemtranslations.com
W TargemTranslations.com

## CERTIFICATE OF ACCURACY

On this day, personally appeared before me, a Notary Public in and for the State of New York, County of Kings, Zev Sero, who after having duly affirmed, deposes and says that he is, and has been for more than 10 years, a professional translator of the HEBREW and ENGLISH languages; that he carefully prepared the attached ENGLISH translation of a **rabbinic court verdict** written in the HEBREW language; and that the translation is a true, accurate, and correct rendering of such document and the whole thereof. Described and affirmed to before me this September 8, 2019.

_____
Signature of Translator

_____
Signature of Notary Public

ROCHAL WEISS
Notary Public, State of New York
Registration No.: 01WE6293785
Qualified in Kings County
My Commission Expires December 16, 2021

**TARGEM TRANSLATIONS | Headquarters**
143 Rodney Street, Brooklyn, NY 11211

OFFICES | New York, California, and Asia

הרב אברהם ברוך ראטענבערג
הרב אברהם ישראל מאיר גוטמאן
הרב גבריאל שטעוח

## פסק דין

בס"ד, יום רביעי לסדר עקב, כ' לחודש מנחם אב שנת תשע"ט לפ"ק פה מאנסי נוא יארק יע"א.

באו לפנינו הצדדים דלהלן:

צד א' הרב אברהם מרדכי בראון שליט"א בשמו ובשם ישיבת אור שמח מאנסי.

צד ב' ישיבת אור שמח מאנסי והרב ישראל רוקובסקי שליט"א, ע"י בא כוחם מו"ה יצחק רוקובסקי נ"י שחתם בשמו ובשם ישיבת אור שמח מאנסי ובשם אביו הרב ישראל רוקובסקי שליט"א.

בנידון טענת ותביעת הרב אברהם מרדכי בראון שליט"א שהוא שותף מלא בבעלות\סמכות\שליטה על ישיבת אור שמח מאנסי והמסתעף, ועוד טענות ותביעות של שני הצדדים מכח עוולות שנעשו להם ע"י צד שכנגד.

אחרי שהצדדים חתמו על שטר בוררות ולאחר שמיעת טענות הצדדים וראיותיהם והמשא ומתן בינינו יצא מלפנינו פסק-דין דלהלן.

א. הבעלות\שליטה\סמכות על ישיבת אור שמח מאנסי יהא באופן בלעדי בידי הרב ישראל רוקובסקי שליט"א ו\או בנו מו"ה יצחק רוקובסקי נ"י.

ב. ישיבת אור שמח מאנסי ישלם להרב אברהם מרדכי בראון שליט"א סך $817,000.00 [ובזה נכלל משכורת שחייבים לצד א' בסך $67,000.00]. נכסי ישיבת אור שמח מאנסי משועבדים לחוב זה. מו"ה יצחק רוקובסקי נ"י אינו אחראי באופן אישי לחוב זה.

ג. הרב אברהם מרדכי בראון שליט"א ישליש ביד"צ בית הדין מסמכים המעבירים זכויותיו בישיבת אור שמח מאנסי לידי הרב ישראל רוקובסקי שליט"א ו\או בנו מו"ה יצחק רוקובסקי נ"י, [וזה כולל [א] למנות (באופן המועיל בדיניהם) במקומו TRUSTEE ו\או OFFICER חדש של ה-CONGREGATION שייבחר ע"י הרב ישראל רוקובסקי שליט"א ו\או בנו מו"ה יצחק רוקובסקי נ"י, אם זה שייך על פי דיניהם. [ב.] וכמו כן כולל להתפטר בכתב באופן המועיל ממעמדו כ-TRUSTEE ו\או OFFICER של ה-CONGREGATION]. עם אישור הפסק בערכאות כאמור להלן, יעביר בית הדין מסמכים אלו לידי הרב ישראל רוקובסקי שליט"א ו\או בנו מו"ה יצחק רוקובסקי נ"י.

ד. על הרב אברהם מרדכי בראון שליט"א להעביר כל מה ששייך לישיבת אור שמח [כולל מסמכים וכדומה] הנמצא בידו, לידי הרב ישראל רוקובסקי שליט"א ו\או בנו מו"ה יצחק רוקובסקי נ"י. כמו כן ימציא [בעצמו או ע"י שליח] להם [או לשליח שלהם] על פי בקשתם, אינפארמאציא בנוגע ישיבת אור שמח. אם הדבר אפשרי, הבקשה וכן התשובה תהא ע"י אימייל.

ה. על הרב אברהם מרדכי בראון שליט"א להימנע [במישרין או בעקיפין] מלהפריע ניהול המוסד ע"י הרב ישראל רוקובסקי שליט"א ו\או בנו מו"ה יצחק רוקובסקי נ"י וכן עליו להימנע [במישרין או בעקיפין] מלערער על הבעלות\שליטה\סמכות של הרב ישראל רוקובסקי שליט"א ו\או בנו מו"ה יצחק רוקובסקי נ"י על ישיבת אור שמח מאנסי. נכלל בסעיף זה להימנע [במישרין או בעקיפין] מלעזור\לשתף פעולה, עם אחרים המפריעים ו\או המערערים.

ו. הסכום הנקבע בסעיף ב' ישולם בתשלומים חדשיים שווים לתקופה של 57 חדשים. כל חודש תשלום של $14,333.33, התשלום הראשון יהא ביום 15 לחודש סעפטעמבער 19' למספרם.

ז. על ישיבת אור שמח לשלם סכומים הנ"ל במועדם בלי שום איחור. ואין להם זכות לעכב התשלום אף אם לפי דעתם לא קיים הרב אברהם מרדכי בראון שליט"א את האמור בפס"ד זה, זולת אם רוב בית הדין יתנו הוראה בכתב שיש לו רשות לעכב התשלום.

ח. עם ביצוע האמור למעלה מסולקים הצדדים זה מזה ואין להם שום טענה ותביעה זה נגד זה.

ט. אם ישיבת אור שמח מאנסי ירצו ליקח משכנתא חדשה במקום המשכנתא הנוכחית [הן על סכום המשכנתא הנוכחית הן על יותר מסכום המשכנתא הנוכחית], וירצו שהרב אברהם מרדכי בראון שליט"א יחתום על כתב הנקרא SUBORDINATION, והרב אברהם מרדכי בראון שליט"א יתנגד לזה, יחזרו הצדדים לבית הדין והם ידונו ויכריעו.

י. כל צד רשאי לאשר הפסק דין בערכאות והוא ישלם הוצאות האישור, ואסור לצד שכנגד להתנגד להאישור.

יא. עד לאישור פסק הדין בערכאות והפיכתו ל-JUDGEMENT, אסור לישיבת אור שמח מאנסי לעשות שום פעולה בנוגע הקרקע או חלק מהקרקע המגרע מכח ה-JUDGEMENT, [וזה כולל ולא מוגבל למכור, לשעבד, להשכיר לזמן ארוך וכדומה].

יב. בית הדין החת"מ יהיו רשאי לחזור ולפרש את פס"ד זה על פי שיקול דעתו. כמו כן בית הדין החת"מ יהיו מוסמך בכל עת להורות ולדון בענין ביצוע וקיום פס"ד זה והמסתעף ממנה.

וע"ז באנו על החתום ביום רביעי לסדר עקב, כ' לחודש מנחם אב שנת תשע"ט לפ"ק פה מאנסי נוא יארק יע"א.

נאם [signature]
נאם [signature]
נאם [signature]

*Translation from the HEBREW language*

**Rabbi Avrohom Boruch Rosenberg**
**Rabbi Avrohom Yisroel Meir Guttman**
**Rabbi Gavriel Stern**

## VERDICT

With Heaven's help, Wednesday of *Ekev, Menachem Av* 20, 5779 [August 21, 2019], here in Monsey, New York

The following parties came before us:

Party A, Rabbi Avrohom Mordechai Braun, on his own behalf and on that of Yeshiva Or Someach, Monsey.

Party B, Yeshiva Or Someach Monsey and Rabbi Yisroel Rokowsky, represented by Mr Yitzchok Rokowsky, who signed in his own name, and in that of Yeshiva Or Someach, Monsey, and in that of his father, Rabbi Yisroel Rokowsky.

Regarding Rabbi Avrohom Mordechai Braun's argument and claim that he is a full partner in the ownership / authority / control of Yeshiva Or Someach, Monsey, and consequent matters, and further arguments and claims by both parties on the strength of injustices that were done to them by the opposing party.

The parties having signed an arbitration agreement, and our having heard the parties' arguments and evidence and deliberated on it among ourselves, we issue the following verdict.

1. The ownership / authority / control of Yeshiva Or Someach, Monsey shall belong exclusively to Rabbi Yisroel Rokowsky and/or his son Mr Yitzchok Rokowsky.

2. Yeshiva Or Someach, Monsey shall pay Rabbi Avrohom Mordechai Braun the sum of $817,000.00 (which includes salary owed to Party A in the sum of $67,000.00). Yeshiva Or Someach, Monsey's assets are encumbered with this debt. Mr Yitzchok Rokowsky is not personally responsible for this debt.

3. Rabbi Avrohom Mordechai Braun shall deposit with this court documents transferring his rights in Yeshiva Or Someach, Monsey to Rabbi Yisroel Rokowsky and/or his son Mr Yitzchok Rokowsky. (This includes: (1) appointing – in a manner effective under civil law – a new trustee and/or officer of the congregation, who shall be chosen by Rabbi Yisroel Rokowsky and/or his son Mr Yitzchok Rokowsky, if this is possible under civil law; (2) it also includes resigning in writing and in an effective manner from his position as a trustee and/or officer of the congregation.) Upon confirmation of this verdict in the civil courts, as provided hereinafter, the court will transfer these documents to Rabbi Yisroel Rokowsky and/or his son Mr Yitzchok Rokowsky.

4. Rabbi Avrohom Mordechai Braun shall transfer everything belonging to Yeshiva Or Someach, Monsey (including documents, etc.) that is in his possession to Rabbi Yisroel Rokowsky and/or his son Mr Yitzchok Rokowsky; he shall also (in person or

    through an agent) provide them (or their agent), at their request, with information related to Yeshiva Or Someach, Monsey. If possible, the request and reply shall be by email.

5. Rabbi Avrohom Mordechai Braun shall refrain from (directly or indirectly) interfering with Rabbi Yisroel Rokowsky's and/or his son Mr Yitzchok Rokowsky's administration of the institution. He shall also refrain from (directly or indirectly) challenging Rabbi Yisroel Rokowsky's and/or his son Mr Yitzchok Rokowsky's ownership / authority / control of the institution. Included in this section is that he refrain from (directly or indirectly) assisting / cooperating with others who engage in such interference and/or challenge.

6. The sum set in section 2 shall be paid in equal monthly installments over a period of 57 months; each month a payment of $14,333.33. The first installment shall be paid on September 15, 2019.

7. Yeshiva Or Someach, Monsey shall pay the said sums on time and without any delay. It shall have no right to withhold payment, even if in its opinion Rabbi Avrohom Mordechai Braun has not fulfilled the provisions of this verdict, unless a majority of this court issues a written directive that it has permission to withhold payment.

8. Upon the aforesaid being implemented, the parties are quit of each other and have no argument or claim against each other.

9. Should Yeshiva Or Someach, Monsey wish to obtain a new mortgage in place of the current one (whether for the amount of the current mortgage or for more than that amount), and should it desire that Rabbi Avrohom Mordechai Braun sign a subordination, and should Rabbi Avrohom Mordechai Braun oppose this, the parties shall return to this court, which shall deliberate and decide the question.

10. Each party is entitled to have this verdict confirmed in the civil courts and shall pay the costs of the confirmation, and the opposing party is forbidden to oppose the confirmation.

11. Until the verdict is confirmed in the civil courts and turned into a judgment, Yeshiva Or Someach, Monsey is prohibited from taking any action regarding the land or any portion of the land that would derogate from the judgment's power (including but not limited to selling, encumbering, leasing for a long term, etc.).

12. The undersigned court shall be entitled to reconvene and interpret this verdict according to its understanding. The undersigned court shall also be authorized at any time to rule and to deliberate on this verdict's implementation and fulfillment, and on consequent matters.

To which we affix our signatures on the Wednesday of *Ekev, Menachem Av* 20, 5779 [August 21, 2019], here in Monsey, New York

Thus saith *Avrohom Boruch Rosenberg*

Thus saith *Avrohom Yisroel Meir Gutman*

Thus saith *Gavriel Stern*