Dear Eugene

Menachem Mendel has asked me to put in writing our slightly revised goals for Ohr Somayach's expansion plans and so here goes.......

As we discussed during your last visit Ohr Somayach provides an ideal setting for full and part time students who wish to explore their heritage in a warm non-judgmental atmosphere. Enrollment has increased significantly since the 'early days'.  However, there are still close to over 400,000 Jewish college kids on US campuses that are ignorant of the beauty and depth of their Torah roots. Of these, many have been on Birthright, and Israel trips and are open to the possibility of exploring more of their Jewish roots. They are however, skeptical of coming to Monsey to enroll in a "Yeshiva type" educational program. Furthermore our handpicked staff are highly experienced at transmitting advanced torah learning skill to beginners but many of these young students are as of yet atheists and have burning philosophical questions that require a highly qualified 'specialist' educator to successfully address them.

With your generous assistance we embarked on a recruiting mission to seek out such an individual. The two most suitable candidates in the UK (Rabbi Akiva Tatz) and in Israel (Rabbi _____) could only consider a new post as of next September. We did extensive research as to our options in the US. We have located a superior instructor, Rabbi Mordechai Becher who lectures extensively in New York and would be available during morning hours to teach at Ohr Somayach. The cost of engaging him being that he is already engaged during the afternoon and evening hours is significantly less than anticipated and will undoubtedly achieve the same objectives. We have negotiated a salary package with him for $65,000 and we are excited to announce his appointments as Philosophy instructor starting next week. Having a lecturer of such

OS 0002

a caliber on staff will make it much easier to recruit beginner and intermediate students and will be a big attraction for executive learning retreats at our new center.

We also realize that to fully capitalize his being apart of our team we need a recruiter who will upgrade our internet presence and travel to Ivy League colleges and campuses to recruit and interview potential candidates for Ohr Somayach. As the number and caliber of our student population increases.... the work will continue to spread ensuring that we capitalize fully on this development. The recruiters responsibility will be to advertise Rabbi Bechers lectures at Ohr Somayach in neighboring communities (Pomona, New City, Westchester) to enhance our internet presence and its accessibility to collegiates and to travel to campuses nationwide and personally target accomplished high level students to Ohr Somayach. We would greatly appreciate if the other $65,000 could be earmarked for this purpose.

OS 0003



**OHR SOMAYACH**
MONSEY
TANENBAUM EDUCATIONAL CENTER

September 19, 2006

Dear Menachem Mendel

Attached is the budget as projected by Rabbi Fromowitz for the construction project. If it is easier to transfer funds less frequently than monthly, it could be manageble providing larger sums are sent in advance i.e. two or three months at a time.

Wishing you a Gut Gebencht yohr.

Rabbi Braun

OS 0007



OHR SOMAYACH
TANENBAUM EDUCATIONAL CENTER

December 31, 2006

Dear Menachem Mendel,

Despite not having final approvals from the Town we continued to move forward on all areas of planning the project. As such, we have approximately $150,000 of unpaid services that were provided and not paid.

Here is a revised projected financial schedule for the Ohr Somayach Project over 13 months

### REVISED PROJECTED FINANCIAL SCHEDULE
### TO CONSTRUCT OHR SOMAYACH PROJECT
### OVER 13 MONTHS

| | | |
|---|---|---|
| ✓ Jan. 1, 2007 | 1. | 300,000 (150,000 + 150,000) |
| ✓ Feb. | 2. | 250,000 |
| ✓ March | 3. | 250,000 |
| April | 4. | 250,000 |
| ✓ May | 5. | 250,000 |
| June | 6. | 350,000 |
| July | 7. | 350,000 |
| August | 8. | 350,000 |
| Sept. | 9. | 350,000 |
| Oct. | 10. | 350,000 |
| Nov. | 11. | 400,000 |
| Dec. | 12. | 400,000 |
| Jan. | 13. | 400,000 |

9/1/07 2009

200,000 @ each mo.

FEB.
MARCH
APRIL
MAY ?

**$4,250.000**

Dear Menachem Mendel,

This is a summary of the funds received to date towards our new building project

| | | | |
|---|---|---|---|
| 8/10/05 | $250,000 | | |
| 10/29/06 | $100,000 | 8-15 | $200,000 — |
| 2/28/07 | $300,000 | 250,000 | |
| 4/3/07 | $250,000 | | |
| 5/17/07 | $250,000 | | |
| 6/15/07 | $600,000 | | |
| 7/18/07 | $350,000 | | |
| 8/8/07 | $350,000 | | |
| Total | $2,700,000 | | |

*(handwritten notes in left margin: 10/07  $300,000 ; 290,000)*

Rabbi Fromowitz believes it is more realistic to consider the completion date to be May 2008. It would be prudent to revise our payment schedule to reflect this change. There are nine months until May 2008 and it would probably be wise to reconfigure the monthly payments to $200,000 per month, which will total the balance of $1,800,000. We presently still have over $500,000 cash on hand in our building account which will be expended over the next two months as the brick laying and stucco work get under way and the windows are installed. The work is proceeding at a fast pace. I look forward to providing you with a weekly update of the on-site progress.

The revised proposed payment schedule will therefore be as follows.

| | |
|---|---|
| September | $200,000 |
| October | $200,000 |
| November | $200,000 |
| December | $200,000 |
| January | $200,000 |
| February | $200,000 |
| March | $200,000 |
| April | $200,000 |
| May | $200,000 |

There is an additional $65,000 (final payment) due shortly for the commitment towards the expansion of our additional lecturing and recruitment drive. That commitment was made by our benefactor in early 2006 for $130,000 per year for two years. I need some clarification from you regarding the transfer payments towards this pledge. So far my records indicate a first installment on February 14, 2006, the second in July of 2007, and the third installment of $65,000 was received in February 2007.

I will be providing you in September with a more detailed description of all building costs outlays for all tradesmen and subcontractors.

I trust your numbers will be the same and this arrangement will be to your satisfaction.

This week we began the framing on the second floor. Brickwork proceeds around the building footprint and between the gym and the main building. The air conditioning contractors have been installing more ductwork and there has been considerable progress made on the front outside walls. Next week we expect to continue at full speed with the framing and duct work.

Sincerely,
Rabbi Naftali Reich

OS 0031

September 19, 2007

Dear Michael

First of all let me give you a building update.  We are moving pretty fast! Tomorrow the first shipment of the exterior bricks will arrive.  We have selected the shade of cement and it promises to be absolutely beautiful.  The architect will make some interior adjustments to enhance the buildings functionality. There were a couple of things which required changing.  In particular the buildings entrance needs to have a vestibule which will dramatically enhance the effect of the beautiful double tiered lobby area and will eliminate the draft that will come through during the winter.  We have contracted a hotel manager Noama Nolan as a consultant.  She was the director of the Ritz Carlton, NY  and worked in various other prestigious hotels.  She is a Baalas Teshuva and she has presented us with a list of functional and design upgrades that need to be incorporated in the building.  It will enhance the experience immensely. Some of her suggestions includes extra bathrooms in the lobby area, a laundry chute, a possibility of joining the suites for larger families when necessary and so on.  It is also surprising how many technical hurdles are only recognized  when the building is well on the way.  We would also like to have a superior stucco exterior called California stucco which has a greater life expectancy and yet the present installed exterior sheeting doesn't seem to easily allow for it. Some of these changes require some innovative, out of the box thinking which as you know, is Rabbi Fromowitz's specialty.

The gym is essentially finished now with the last pieces of concrete block being put in place .  The interior framing from the basement up is complete.  They are ready to start drilling through the concrete plank for the plumbing and electrical conduits and we are waiting for the engineer from the plank company to advise us on how wide we are allowed to drill without affecting the strength of the concrete.

The contractors are now applying the last sheets of exterior board to the main building after which they will immediately start on the brick work.  The exterior of the building has been graded so that the scaffolding is ready to be put in place.  The first brick shipments have arrived. The electric work is beginning on the top floor and the layered roofing insulation is also presently being installed.

This week the final set of stairs were also installed.  There are three steel staircases within the building. The elevator installation will begin after the Chag when the interior sheet rock is more developed.

OS 0034

Last week I had Elliot Kracko (a major contractor) walk through the building.  He builds Manhattan skyscrapers and is well known in the construction field. ( He recently completed the Goldman Sachs glass tower overlooking the Hudson in Union City.) He was astonished at the level of craftsmanship.  He told me that the framing and brick laying people really know what they're doing and he was full of praise for Rabbi Fromowitz.  He gave us some valuable advice on the beautiful glass exterior and entranceway which was very important.

We have received a 'heter' for the workers to continue undisturbed through Yom Tov in order to ensure that there will be no interruption of the work during Yom Tov. (This is essentially due to the fact they are b'kablanus and it is a tsorchei rabim.)

I will be able to provide you the next update before the Chag when I am cautiously optimistic that the brick laying will have begun.  I will also be able to give you a report on the changes we wish to implement in the building.  The architect is scheduled to come down tomorrow at 9:00 am and research the feasibility of all these changes.

Wishing you and yours an easy fast.


Rabbi Naftali Reich

OS 0035



**OHR SOMAYACH**
MONSEY
TANENBAUM EDUCATIONAL CENTER

November 28, 2007

Dear Menachem Mendel

As per our last meeting in Ohr Somayach a few weeks ago, our understanding is that the overrun of construction costs of $600,000 (from higher costs of material, upgrades and changes) was approved.

This is aside from a decor and furnishing budget still to be discussed and confirmed.

As such, the remaining six installments of $200,000 each will be adjusted to $300,000 each beginning with December 1st.

Assuming this is okay, we will submit the enclosed request to Fairleigh International

We have not faxed this request until we get an approval from you.


Please advise,

Kol Tuv


Rabbi Avrohom Braun

OS 0042



OHR SOMAYACH
TANENBAUM EDUCATIONAL CENTER

November 28, 2007

Dear Menachem Mendel

As per our last meeting in Ohr Somayach a few weeks ago, our understanding is that the overrun of construction costs of $600,000 (from higher costs of material, upgrades and changes) was approved.

This is aside from a decor and furnishing budget still to be discussed and confirmed.

As such, the remaining six installments of $200,000 each will be adjusted to $300,000 each beginning with December 1st.

Assuming this is okay, we will submit the enclosed request to Fairleigh International

We have not faxed this request until we get an approval from you.


Please advise,

Kol Tuv

Rabbi Avrohom Braun

OS 0043

Dear Menachem Mendel

Just a quick update on the progress of the building construction with some picture attachments.

Almost all the windows except for the dining room bay door windows are now installed and we just received the final shipment of bricks that will enable us to complete the front brick colonnades this week.

This past week we finished the roofing with a final flash coat and are tying down the aluminum copings to seal the edges.

Sound insulation boards are now being installed.  I might have mentioned to you in the past that there are two insulation companies providing the wall separations.  The first, YG insulations is insulating the exterior walls and the basic sound fiber between the rooms. A more specialist firm will be installing resilient clips in order to minimize the sound transfer between the rooms.  This additional insulation will begin at the beginning of next week.

On the electrical front the switch gear for the electric main line was completed this week with a customized system installed in the basement.  Additionally, the gas piping for the CDAS roof units were completed.  The sprinkler professionals were putting the finishing touches on the larger pipes connecting the sprinkler hoods to the basement pump.

 After considerable deliberations we finalized the energy management system that will control the units in each room.  It was a difficult decision since each program has considerable pros and cons.  TEAM Communications was busy wiring each room in accord with the QWEST system that we decided upon.  It seems it was more complicated than they anticipated.

The final roof framing for the upstairs Bais Medrash has now been installed.  It has a beautiful barrel sealing with metal frames to support the arched ceiling.  We anticipate beginning sheet rocking in a week and a half.

On the interior front Naama has been extremely busy.  We have ordered all the interior room furnishings and Rabbi Chanowitz has been busy investigating the ideal mattresses for the room units.  We have contracted with Daniel Abikser and two other woodworking interior craftsman for quite a bit of the library and Bais Medrash woodwork.  We have finalized and ordered the room locking system and door units.  Some reframing is taking place as we speak to accommodate 8" more decorative doors in the main lobby areas.

As regards Nadav I believe Rabbi Fromowitz met with him.  He wishes to use him and I'm not sure exactly where that is holding.

Thank you for facilitating the last fund transfer which allows us to make timely payments to our suppliers.  I will be forwarding you an upcoming list of expected payments and deposits due in February later in the week.

Wishing you all the best.



**OHR SOMAYACH**
MONSEY
TANENBAUM EDUCATIONAL CENTER

December 27, 2007

Dear Menachem Mendel

Attached please find the list of payments and proposed schedule for future disbursements. I hope this meets you satisfaction and reconciles with the your figures.

Looking forward to speaking to you shortly.

Rabbi Naftali Reich

OS 0054

244 ROUTE 306 • MONSEY, NY 10952 • 845.425.1370 • FAX: 845.425.8865 • EMAIL: OHR@OS.EDU

## PAYMENTS RECIEVED

| | |
|---|---|
| October 29, 2006 | $100,000 |
| January 19, 2007 | 300,000 |
| February 28, 2007 | 250,000 |
| April 3, 2007 | 250,000 |
| May 17, 2007 | 250,000 |
| June 17, 2007 | 600,000 |
| July 19, 2007 | 350,000 |
| Augusut 8, 2007 | 350,000 |
| September 16, 2007 | 200,000 |
| October 10, 2007 | 200,000 |
| November 11, 2007 | 200,000 |
| December 7, 2007 | 300,000 |
| | 3,550,000 |

Balance towards building costs      950,000
Additional pledge toward hard costs  600,000

Still to be paid                         $1,550,000.

## PROPOSED PAYMENT FLOW FOR BUILDING COSTS

| | |
|---|---|
| JANUARY | 300,000 |
| FEBRUARY | 300,000 |
| MARCH | 300,000 |
| APRIL | 300,000 |
| MAY | 350,000 |

ADDITIONAL FINISHING COSTS;
1,500,000 - proposed 250,000 per month

## PROPOSED PAYMENT FLOW FOR FINISHING COSTS

| | |
|---|---|
| JANUARY | 250,000 |
| FEBRUARY | 250,000 |
| MARCH | 250,000 |
| APRIL | 250,000 |
| MAY | 250,000 |
| JUNE | 250,000 |

Monthly payments January through April 2008 - $550,000 per month

Payment for May 2008         600,000
Payment for June 2008        250,000 (finishing costs only)

OS 0055



**OHR SOMAYACH**
MONSEY
TANENBAUM EDUCATIONAL CENTER

December 27, 2007

Dear Menachem Mendel

As per our understanding a decor and finishing budget of an additional 1.5 million dollars was recently approved.

As such, the remaining five installments of $300,0000 each will be adjusted to $600,000 each beginning with January 1st.

Assuming this is okay, we will submit the enclosed request to Farleigh International.

We have not faxed this request until we get an approval from you.


Please advise.


Kol Tuv


Rabbi Avrohom Braun

OS 0056



**OHR SOMAYACH**
TANENBAUM EDUCATIONAL CENTER

December 27, 2007

Dear Menachem Mendel

As per our understanding a decor and finishing budget of an additional 1.5 million dollars was recently approved.

As such, the remaining five installments of $300,0000 each will be adjusted to $6000,000 each beginning with January 1st.

Assuming this is okay, we will submit the enclosed request to Farleigh International.

We have not faxed this request until we get an approval from you.

Please advise.

Kol Tuv

Rabbi Avrohom Braun

244 ROUTE 306 • MONSEY, NY 10952 • 845 425-1370 • FAX 845 425-8865 • E- mail: ohr@os.edu

## Ohr Somayach

**From:**    CS [ohr@ohrsomayach.edu]
**Sent:**    Thursday, January 03, 2008 2:12 PM
**To:**      matlinmike@aol.com
**Subject:** update

Dear Menachem Mendel

Just a brief update on the developments of the building.  Obviously during the past week not much could be accomplished with many of our tradesmen out for the week.  Nevertheless there was significant progress on the internal soft wiring and the insulation which is being installed by religious contractors.

As of yesterday the building has sprung back to life and Rabbi Fromowitz is fast forwarding the building to make sure that we are ready for inside sheetrock by end of this month.  The ceiling frames to accommodate the domes and lighting coves are being installed and finishing touches to the individual heating systems of the rooms are also being installed as we speak.  The final but long awaited shipment of bricks to finish the front facade is due to arrive tomorrow which will enable us to enclose the front of the building with glass in a couple of weeks

Meanwhile, all the rest of the windows are fully installed and a temporary tarp will cover the front so that we can bring in improvised heaters to warm the interior of the building by early next week.

Looking forward to providing a more detailed update with pictures next week.

Rabbi Naftali Reich


P.S. We have been very occupied with our collegiate programs which will be finished this Tuesday.  B"H they are progressing with incredible success.  Over 100 Legacy participants have benefited from our programs this winter break far exceeding all our expectations.

Thank you for all your help in this regard.

Gut Shabbos.

OS 0058



**OHR SOMAYACH**

TANENBAUM EDUCATIONAL CENTER

March 7, 2008

Dear Menachem Mendel,

We have worked hard to put together an accurate budget projection for the next 30 days. Our hard costs for eleven different trades including such items as plumbing, electrical, windows and doors, brickwork, elevator etc. amount to $430,000.

Interior finishing and decorating deposits on contracts which include lighting, woodwork, tile, fabrics and decorative plumbing fixtures total $155,000.

The combined total is $585,000.

Thank you

Rabbi Avrohom Braun

TAXED
M.M.

not Engloed

244 ROUTE 306 • MONSEY, NY 10952 • 845 425-1370 • FAX 845 425-8865 • E- mail: ohr@os.edu

September 21, 2009

Dear Michael

I trust you had a meaningful Rosh Hashona. Here at Ohr Somayach it was truly inspiring. The Beit Shvidler was fully utilized with our alumni who greatly enjoyed the opportunity of reconnecting and hearing a selection of special classes from mentors and teachers.

I have a list of the past and projected programs hosted at Beit Shvidler for 2009. It is impressive that despite our financial circumstances we did service a large population in a variety of educational programs. As I told you recently, we are presently running the center on a shoestring budget. We are optimistic that we will be able to launce a nationwide program for couples to share in the Yeshiva experience.

At present our operating deficit on the center runs at $10,000 a month which is the cost of the utilities, essential maintenance and groundkeeping. The revenue from each program (approximately $300 per couple) covers the catering, room, linen, hospitality services and special classes and lectures. We currently absorb the operating deficit in our general budget.

Now that we have a good idea of our core operational costs we have been able to scale down the projected budget for launching the nationwide recruitment campaign and Bayit program with a strong on-line internet presence. We have been able to scale down our projected costs to a little over $500,000 a year for the first and second year of the centers operation. We would all love to see our vision of the Bayit unfold. Rabbi Braun will outline to you our expanded vision for the Bayit's programming which encompasses yearound, weekend, midweek, weeklong and Sunday programs servicing all segments of the Jewish family under the umbrella slogan of "@ The Bayit"

I have attached a detailed projected budget. We are working hard to find foundations that will assist us in launching the program in a nationwide and professional format. To date we have not been successful.

Wishing you and yours a G'mar Chatimah Tovah.

All the best,


Rabbi Naftali Reich

**PROJECTED BUDGET FOR FIRST 2010 AND SECOND YEAR 2011 OF CENTER'S OPERATION**

|  |  | FIRST YEAR | SECOND YEAR |
|---|---|---|---|
| **PERSONNEL SALARIES & EXPENSES** | | | |
| DIRECTOR OF RECRUITMENT | 95,000+ 15,000 | 110,000 | 110,000 |
| DIRECTOR OF PROGRAMMING & HOSPITALITY | | 36,000 | 36,000 |
| CHILDCARE (2 people program $100. a day) | | 23,400 | 33,600 |
| 1 JANITOR F/T | | 36,000 | 36,000 |
| 1 JANITORIAL AIDE | | 24,000 | 24,000 |
| DAY CAMP COUNSELORS (includes week long programs) | | 15,000 | 15,000 |
| TEACHING STAFF & HONORARIUMS | 12,000 a mo, see attached | 144,000 | 144,000 |
| TRAVEL BUDGET FOR DIRECTOR | | 12,000 | 12,000 |
| PAYROLL TAXES | (7.5% of SALARIES) | 14,325 | 14,325 |
| ACCOUNTANCY FEES & BOOKKEEPING | | 6,000 | 6,000 |
| | | **420,725** | **430,925** |
| **MAINTENANCE** | | | |
| UTILITIES & WATER (7,000 a month) | | 84,000 | 84,000 |
| CATERING & FOOD SUPPLIES | | 170,940 | 218,080 |
| HOUSEKEEPING & JANITORIAL SUPPLIES | | 18,000 | 18,000 |
| GROUNDS MAINTENANCE (SNOW REMOVAL & LANDSCAPING) | | 12,000 | 12,000 |
| REPAIRS & MAINTENANCE (FIRST 2 YRS. MINIMAL - WARRANTIES) | | 18,000 | 18,000 |
| LAUNDRY SERVICES | | 19,000 | 19,000 |
| INSURANCE - FIRE & LIABILITY | | 12,000 | 12,000 |
| | | **333,940** | **381,080** |
| **MARKETING, RECRUITMENT, HOSPITALITY** | | | |
| PRINTING & OFFICE SUPPLIES | | 12,000 | 12,000 |
| TELEPHONE & INTERNET | | 15,000 | 15,000 |
| ADVERTISING BUDGET (google ads,weblinks, direct marketing | | 40,000 | 40,000 |
| WEBSITE DEVELOPMENT (os.edu/Beit Shvidler) | | 8,000 | 8,000 |
| | | **75,000** | **75,000** |
| **OPERATIONAL EXPENDITURES** | **TOTALS** | **$829,665** | **887,005** |
| **PROJECTED INCOME FROM ENROLLMENT & FUNDRAISING** 150. pp | | -234,700 | -362,000 |
| **TOTAL PROJECTED COST OF PROGRAM** | | 594,965 | 525,005 |

OS 0089



בס״ד

September 10, 2013

Dear Eugene

It was a pleasure to see you, Zara, and the kids again. They really grew a lot since I saw them last. I hope each will succeed in their new locations next year. If Danni gets accepted to NYU next year, I would invite him up to Ohr Somayach and our home for a Shabbos every now and then if he'd be O.K. My wife would give him home made chicken soup and home baked challah!

Enclosed is a breakdown of the usage of Beit Shvidler over the past eight months, as I mentioned.

I already spoke with Michael Matlin about the two matters - the mortgage with the $20,000 monthly payment and to meet with Igor and arrange for a future meeting with you.

You suggested that Doron should set up a meeting with Rabbi Schiller in October regarding his building permit. Who will speak with Doron?

I will research whether a building for additional Beit Shvidler bedrooms can be built on the Starkey property next door. I'll keep you posted.

When you have a chance, please speak to Steven Friedman about the possibility of Fordham University doing something like Fairleigh Dickenson which accepts yeshiva credits. We would be happy to have a discussion with him.

Once again, I, and all of us here, wish you and your family a healthy, successful and productive Shana Tova and Shalom Al Yisroel.

Fondly,

Avrohom Braun

| | |
|---|---|
| **From:** | CS <ohr@ohrsomayach.edu> |
| **Sent:** | Friday, August 17, 2007 12:01 PM |
| **To:** | matlinmike@aol.com |
| **Subject:** | building funds |
| **Attachments:** | letter Menachem Mendel building funds.doc |

1

Dear Menachem Mendel,

This is a summary of the funds received to date towards our new building project

| | |
|---|---|
| 8/10/05 | $250,000 |
| 10/29/06 | $100,000 |
| 2/28/07 | $300,000 |
| 4/3/07 | $250,000 |
| 5/17/07 | $250,000 |
| 6/15/07 | $600,000 |
| 7/18/07 | $350,000 |
| 8/8/07 | $350,000 |
| Total | $2,700,000 |

Rabbi Fromowitz believes it is more realistic to consider the completion date to be May 2008.  It would be prudent to revise our payment schedule to reflect this change.  There are nine months until May 2008 and it would probably be wise to reconfigure the monthly payments to $200,000 per month, which will total the balance of $1,800,000.  We presently still have over $500,000 cash on hand in our building account which will be expended over the next two months as the brick laying and stucco work get under way and the windows are installed.  The work is proceeding at a fast pace.  I look forward to providing you with a weekly update of the on-site progress.

The revised proposed payment schedule will therefore be as follows.

| | |
|---|---|
| September | $200,000 |
| October | $200,000 |
| November | $200,000 |
| December | $200,000 |
| January | $200,000 |
| February | $200,000 |
| March | $200,000 |
| April | $200,000 |
| May | $200,000 |

There is an additional $65,000 (final payment) due shortly for the commitment towards the expansion of our additional lecturing and recruitment drive.  That commitment was made by our benefactor in early 2006 for $130,000 per year for two years.  I need some clarification from you regarding the transfer payments towards this pledge.  So far my records indicate a first installment on February 14, 2006, the second in July of 2007, and the third installment of $65,000 was received in February 2007.

I will be providing you in September with a more detailed description of all building costs outlays for all tradesmen and subcontractors.

I trust your numbers will be the same and this arrangement will be to your satisfaction.

This week we began the framing on the second floor.  Brickwork proceeds around the building footprint and between the gym and the main building.  The air conditioning contractors have been installing more ductwork and there has been considerable progress made on the front outside walls.  Next week we expect to continue at full speed with the framing and duct work.

Sincerely,
Rabbi Naftali Reich

**From:**          CS <ohr@ohrsomayach.edu>
**Sent:**          Friday, August 17, 2007 12:05 PM
**To:**            matlinmike@aol.com
**Subject:**       from rabbi reich Re building funds
**Attachments:**   letter Menachem Mendel building funds.doc

OS 0412

Dear Menachem Mendel,

This is a summary of the funds received to date towards our new building project

| | |
|---|---|
| 8/10/05 | $250,000 |
| 10/29/06 | $100,000 |
| 2/28/07 | $300,000 |
| 4/3/07 | $250,000 |
| 5/17/07 | $250,000 |
| 6/15/07 | $600,000 |
| 7/18/07 | $350,000 |
| 8/8/07 | $350,000 |
| Total | $2,700,000 |

Rabbi Fromowitz believes it is more realistic to consider the completion date to be May 2008. It would be prudent to revise our payment schedule to reflect this change. There are nine months until May 2008 and it would probably be wise to reconfigure the monthly payments to $200,000 per month, which will total the balance of $1,800,000. We presently still have over $500,000 cash on hand in our building account which will be expended over the next two months as the brick laying and stucco work get under way and the windows are installed. The work is proceeding at a fast pace. I look forward to providing you with a weekly update of the on-site progress.

The revised proposed payment schedule will therefore be as follows.

| | |
|---|---|
| September | $200,000 |
| October | $200,000 |
| November | $200,000 |
| December | $200,000 |
| January | $200,000 |
| February | $200,000 |
| March | $200,000 |
| April | $200,000 |
| May | $200,000 |

There is an additional $65,000 (final payment) due shortly for the commitment towards the expansion of our additional lecturing and recruitment drive. That commitment was made by our benefactor in early 2006 for $130,000 per year for two years. I need some clarification from you regarding the transfer payments towards this pledge. So far my records indicate a first installment on February 14, 2006, the second in July of 2007, and the third installment of $65,000 was received in February 2007.

I will be providing you in September with a more detailed description of all building costs outlays for all tradesmen and subcontractors.

I trust your numbers will be the same and this arrangement will be to your satisfaction.

This week we began the framing on the second floor. Brickwork proceeds around the building footprint and between the gym and the main building. The air conditioning contractors have been installing more ductwork and there has been considerable progress made on the front outside walls. Next week we expect to continue at full speed with the framing and duct work.

Sincerely,
Rabbi Naftali Reich

| | |
|---|---|
| **From:** | CS <ohr@ohrsomayach.edu> |
| **Sent:** | Friday, August 17, 2007 12:15 PM |
| **To:** | rabbilegacy@gmail.com |
| **Subject:** | letter sent to matlin |
| **Attachments:** | letter Menachem Mendel building funds.doc |

OS 0414

Dear Menachem Mendel,

This is a summary of the funds received to date towards our new building project

| | |
|---|---|
| 8/10/05 | $250,000 |
| 10/29/06 | $100,000 |
| 2/28/07 | $300,000 |
| 4/3/07 | $250,000 |
| 5/17/07 | $250,000 |
| 6/15/07 | $600,000 |
| 7/18/07 | $350,000 |
| 8/8/07 | $350,000 |
| Total | $2,700,000 |

Rabbi Fromowitz believes it is more realistic to consider the completion date to be May 2008. It would be prudent to revise our payment schedule to reflect this change. There are nine months until May 2008 and it would probably be wise to reconfigure the monthly payments to $200,000 per month, which will total the balance of $1,800,000. We presently still have over $500,000 cash on hand in our building account which will be expended over the next two months as the brick laying and stucco work get under way and the windows are installed. The work is proceeding at a fast pace. I look forward to providing you with a weekly update of the on-site progress.

The revised proposed payment schedule will therefore be as follows.

| | |
|---|---|
| September | $200,000 |
| October | $200,000 |
| November | $200,000 |
| December | $200,000 |
| January | $200,000 |
| February | $200,000 |
| March | $200,000 |
| April | $200,000 |
| May | $200,000 |

There is an additional $65,000 (final payment) due shortly for the commitment towards the expansion of our additional lecturing and recruitment drive. That commitment was made by our benefactor in early 2006 for $130,000 per year for two years. I need some clarification from you regarding the transfer payments towards this pledge. So far my records indicate a first installment on February 14, 2006, the second in July of 2007, and the third installment of $65,000 was received in February 2007.

I will be providing you in September with a more detailed description of all building costs outlays for all tradesmen and subcontractors.

I trust your numbers will be the same and this arrangement will be to your satisfaction.

This week we began the framing on the second floor. Brickwork proceeds around the building footprint and between the gym and the main building. The air conditioning contractors have been installing more ductwork and there has been considerable progress made on the front outside walls. Next week we expect to continue at full speed with the framing and duct work.

Sincerely,
Rabbi Naftali Reich

| From: | Ohr Somayach <ohr@os.edu> |
|---|---|
| Sent: | Monday, September 21, 2009 7:19 PM |
| To: | 'matlinm@concord-management.com' |
| Subject: | budget Beit Shvidler |
| Attachments: | BUDGET First & Second Year MM Matlin email.xls |

September 21, 2009

Dear Michael

I trust you had a meaningful Rosh Hashona. Here at Ohr Somayach it was truly inspiring. The Beit Shvidler was fully utilized with our alumni who greatly enjoyed the opportunity of reconnecting and hearing a selection of special classes from mentors and teachers.

I have a list of the past and projected programs hosted at Beit Shvidler for 2009. It is impressive that despite our financial circumstances we did service a large population in a variety of educational programs. As I told you recently, we are presently running the center on a shoestring budget. We are optimistic that we will be able to launce a nationwide program for couples to share in the Yeshiva experience.

At present our operating deficit on the center runs at $10,000 a month which is the cost of the utilities, essential maintenance and groundkeeping. The revenue from each program
(approximately $300 per couple) covers the catering, room, linen, hospitality services and special classes and lectures.  We currently absorb the operating deficit in our general budget.

Now that we have a good idea of our core operational costs we have been able to scale down the projected budget for launching the nationwide recruitment campaign and Bayit program with a strong on-line internet presence.  We have been able to scale down our projected costs to a little over $500,000 a year for the first and second year of the centers operation. We would all love to see our vision of the Bayit unfold. Rabbi Braun will outline to you our expanded vision for the Bayit's programming which encompasses yearound, weekend, midweek, weeklong and Sunday programs servicing all segments of the Jewish family under the umbrella slogan of "@ The Bayit"

I have attached a detailed projected budget. We are working hard to find foundations that will assist us in launching the program in a nationwide and professional format. To date we have not been successful.

Wishing you and yours a G'mar Chatimah Tovah.

All the best,


Rabbi Naftali Reich

OS 0736

**PROJECTED BUDGET FOR FIRST 2010**
**AND SECOND YEAR 2011 OF CENTER'S OPERATION**

|  |  | FIRST YEAR | SECOND YEAR |
|---|---|---:|---:|
| **PERSONNEL SALARIES & EXPENSES** |  |  |  |
| DIRECTOR OF RECRUITMENT | 95,000+ 15,000 | 110,000 | 110,000 |
| DIRECTOR OF PROGRAMMING & HOSPITALITY |  | 36,000 | 36,000 |
| CHILDCARE (2 people program $100. a day) |  | 23,400 | 33,600 |
| 1 JANITOR F/T |  | 36,000 | 36,000 |
| 1 JANITORIAL AIDE |  | 24,000 | 24,000 |
| DAY CAMP COUNSELORS (includes week long programs) |  | 15,000 | 15,000 |
| TEACHING STAFF & HONORARIUMS | 12,000 a mo, see attached | 144,000 | 144,000 |
| TRAVEL BUDGET FOR DIRECTOR |  | 12,000 | 12,000 |
| PAYROLL TAXES (7.5% of SALARIES) |  | 14,325 | 14,325 |
| ACCOUNTANCY FEES & BOOKKEEPING |  | 6,000 | 6,000 |
|  |  | **420,725** | **430,925** |
| **MAINTENANCE** |  |  |  |
| UTILITIES & WATER (7,000 a month) |  | 84,000 | 84,000 |
| CATERING & FOOD SUPPLIES |  | 170,940 | 218,080 |
| HOUSEKEEPING & JANITORIAL SUPPLIES |  | 18,000 | 18,000 |
| GROUNDS MAINTENANCE (SNOW REMOVAL & LANDSCAPING) |  | 12,000 | 12,000 |
| REPAIRS & MAINTENANCE (FIRST 2 YRS. MINIMAL - WARRANTIES) |  | 18,000 | 18,000 |
| LAUNDRY SERVICES |  | 19,000 | 19,000 |
| INSURANCE - FIRE & LIABILITY |  | 12,000 | 12,000 |
|  |  | **333,940** | **381,080** |
| **MARKETING, RECRUITMENT, HOSPITALITY** |  |  |  |
| PRINTING & OFFICE SUPPLIES |  | 12,000 | 12,000 |
| TELEPHONE & INTERNET |  | 15,000 | 15,000 |
| ADVERTISING BUDGET  (google ads,weblinks, direct marketing |  | 40,000 | 40,000 |
| WEBSITE DEVELOPMENT (os.edu/Beit Shvidler) |  | 8,000 | 8,000 |
|  |  | **75,000** | **75,000** |
| **OPERATIONAL EXPENDITURES** | **TOTALS** | **$829,665** | **887,005** |
| **PROJECTED INCOME FROM ENROLLMENT & FUNDRAISING**  150. pp |  | **-234,700** | **-362,000** |
| **TOTAL PROJECTED COST OF PROGRAM** |  | **594,965** | **525,005** |

OS 0737

| | |
|---|---|
| **From:** | Ohr Somayach <ohr@os.edu> |
| **Sent:** | Monday, September 21, 2009 7:22 PM |
| **To:** | 'matlinm@concord-management.com' |
| **Subject:** | budget attachment on one page |
| **Attachments:** | BUDGET First & Second Year MM Matlin email.xls |

September 21, 2009

Dear Michael

I trust you had a meaningful Rosh Hashona. Here at Ohr Somayach it was truly inspiring. The Beit Shvidler was fully utilized with our alumni who greatly enjoyed the opportunity of reconnecting and hearing a selection of special classes from mentors and teachers.

I have a list of the past and projected programs hosted at Beit Shvidler for 2009. It is impressive that despite our financial circumstances we did service a large population in a variety of educational programs. As I told you recently, we are presently running the center on a shoestring budget.We are optimistic that we will be able to launce a nationwide program for couples to share in the Yeshiva experience.

At present our operating deficit on the center runs at $10,000 a month which is the cost of the utilities, essential maintenance and groundkeeping. The revenue from each program
(approximately $300 per couple) covers the catering, room, linen, hospitality services and special classes and lectures.  We currently absorb the operating deficit in our general budget.

Now that we have a good idea of our core operational costs we have been able to scale down the projected budget for launching the nationwide recruitment campaign and Bayit program with a strong on-line internet presence.  We have been able to scale down our projected costs to a little over $500,000 a year for the first and second year of the centers operation. We would all love to see our vision of the Bayit unfold. Rabbi Braun will outline to you our expanded vision for the Bayit's programming which encompasses yearound, weekend, midweek, weeklong and Sunday programs servicing all segments of the Jewish family under the umbrella slogan of "@ The Bayit"

I have attached a detailed projected budget. We are working hard to find foundations that will assist us in launching the program in a nationwide and professional format. To date we have not been successful.

Wishing you and yours a G'mar Chatimah Tovah.

All the best,


Rabbi Naftali Reich

1

**PROJECTED BUDGET FOR FIRST 2010**
**AND SECOND YEAR 2011 OF CENTER'S OPERATION**

| | | FIRST YEAR | SECOND YEAR |
|---|---|---|---|
| **PERSONNEL SALARIES & EXPENSES** | | | |
| DIRECTOR OF RECRUITMENT | 95,000+ 15,000 | 110,000 | 110,000 |
| DIRECTOR OF PROGRAMMING & HOSPITALITY | | 36,000 | 36,000 |
| CHILDCARE (2 people program $100. a day) | | 23,400 | 33,600 |
| 1 JANITOR F/T | | 36,000 | 36,000 |
| 1 JANITORIAL AIDE | | 24,000 | 24,000 |
| DAY CAMP COUNSELORS (includes week long programs) | | 15,000 | 15,000 |
| TEACHING STAFF & HONORARIUMS | 12,000 a mo, see attached | 144,000 | 144,000 |
| TRAVEL BUDGET FOR DIRECTOR | | 12,000 | 12,000 |
| PAYROLL TAXES | (7.5% of SALARIES) | 14,325 | 14,325 |
| ACCOUNTANCY FEES & BOOKKEEPING | | 6,000 | 6,000 |
| | | **420,725** | **430,925** |
| **MAINTENANCE** | | | |
| UTILITIES & WATER (7,000 a month) | | 84,000 | 84,000 |
| CATERING & FOOD SUPPLIES | | 170,940 | 218,080 |
| HOUSEKEEPING & JANITORIAL SUPPLIES | | 18,000 | 18,000 |
| GROUNDS MAINTENANCE (SNOW REMOVAL & LANDSCAPING) | | 12,000 | 12,000 |
| REPAIRS & MAINTENANCE (FIRST 2 YRS. MINIMAL - WARRANTIES) | | 18,000 | 18,000 |
| LAUNDRY SERVICES | | 19,000 | 19,000 |
| INSURANCE - FIRE & LIABILITY | | 12,000 | 12,000 |
| | | **333,940** | **381,080** |
| **MARKETING, RECRUITMENT, HOSPITALITY** | | | |
| PRINTING & OFFICE SUPPLIES | | 12,000 | 12,000 |
| TELEPHONE & INTERNET | | 15,000 | 15,000 |
| ADVERTISING BUDGET  (google ads,weblinks, direct marketing | | 40,000 | 40,000 |
| WEBSITE DEVELOPMENT (os.edu/Beit Shvidler) | | 8,000 | 8,000 |
| | | **75,000** | **75,000** |

| | | FIRST YEAR | SECOND YEAR |
|---|---|---|---|
| **OPERATIONAL EXPENDITURES** | **TOTALS** | **$829,665** | **887,005** |
| **PROJECTED INCOME FROM ENROLLMENT & FUNDRAISING**  150. pp | | **-234,700** | **-362,000** |
| **TOTAL PROJECTED COST OF PROGRAM** | | **594,965** | **525,005** |

OS 0739

| | |
|---|---|
| **From:** | Ohr Somayach <ohr@os.edu> |
| **Sent:** | Monday, September 21, 2009 7:28 PM |
| **To:** | 'matlinm@concord-management.com' |
| **Subject:** | sorry please ignore other 2 |
| **Attachments:** | BUDGET First & Second Year MM Matlin email.xls |

September 21, 2009

Dear Michael

I trust you had a meaningful Rosh Hashona. Here at Ohr Somayach it was truly inspiring. The Beit Shvidler was fully utilized with our alumni who greatly enjoyed the opportunity of reconnecting and hearing a selection of special classes from mentors and teachers.

I have a list of the past and projected programs hosted at Beit Shvidler for 2009. It is impressive that despite our financial circumstances we did service a large population in a variety of educational programs. As I told you recently, we are presently running the center on a shoestring budget. We are optimistic that we will be able to launce a nationwide program for couples to share in the Yeshiva experience.

At present our operating deficit on the center runs at $10,000 a month which is the cost of the utilities, essential maintenance and groundkeeping. The revenue from each program
(approximately $300 per couple) covers the catering, room, linen, hospitality services and special classes and lectures.  We currently absorb the operating deficit in our general budget.

Now that we have a good idea of our core operational costs we have been able to scale down the projected budget for launching the nationwide recruitment campaign and Bayit program with a strong on-line internet presence.  We have been able to scale down our projected costs to a little over $500,000 a year for the first and second year of the centers operation. We would all love to see our vision of the Bayit unfold. Rabbi Braun will outline to you our expanded vision for the Bayit's programming which encompasses yearound, weekend, midweek, weeklong and Sunday programs servicing all segments of the Jewish family under the umbrella slogan of "@ The Bayit"

I have attached a detailed projected budget. We are working hard to find foundations that will assist us in launching the program in a nationwide and professional format. To date we have not been successful.

Wishing you and yours a G'mar Chatimah Tovah.

All the best,


Rabbi Naftali Reich

OS 0740

**PROJECTED BUDGET FOR FIRST 2010**
**AND SECOND YEAR 2011 OF CENTER'S OPERATION**

|  |  | FIRST YEAR | SECOND YEAR |
|---|---|---|---|
| **PERSONNEL SALARIES & EXPENSES** |  |  |  |
| DIRECTOR OF RECRUITMENT | 95,000+ 15,000 | 110,000 | 110,000 |
| DIRECTOR OF PROGRAMMING & HOSPITALITY |  | 36,000 | 36,000 |
| CHILDCARE (2 people program $100. a day) |  | 23,400 | 33,600 |
| 1 JANITOR F/T |  | 36,000 | 36,000 |
| 1 JANITORIAL AIDE |  | 24,000 | 24,000 |
| DAY CAMP COUNSELORS (includes week long programs) |  | 15,000 | 15,000 |
| TEACHING STAFF & HONORARIUMS | 12,000 a mo, see attached | 144,000 | 144,000 |
| TRAVEL BUDGET FOR DIRECTOR |  | 12,000 | 12,000 |
| PAYROLL TAXES (7.5% of SALARIES) |  | 14,325 | 14,325 |
| ACCOUNTANCY FEES & BOOKKEEPING |  | 6,000 | 6,000 |
|  |  | 420,725 | 430,925 |
| **MAINTENANCE** |  |  |  |
| UTILITIES & WATER (7,000 a month) |  | 84,000 | 84,000 |
| CATERING & FOOD SUPPLIES |  | 170,940 | 218,080 |
| HOUSEKEEPING & JANITORIAL SUPPLIES |  | 18,000 | 18,000 |
| GROUNDS MAINTENANCE (SNOW REMOVAL & LANDSCAPING) |  | 12,000 | 12,000 |
| REPAIRS & MAINTENANCE (FIRST 2 YRS. MINIMAL - WARRANTIES) |  | 18,000 | 18,000 |
| LAUNDRY SERVICES |  | 19,000 | 19,000 |
| INSURANCE - FIRE & LIABILITY |  | 12,000 | 12,000 |
|  |  | 333,940 | 381,080 |
| **MARKETING, RECRUITMENT, HOSPITALITY** |  |  |  |
| PRINTING & OFFICE SUPPLIES |  | 12,000 | 12,000 |
| TELEPHONE & INTERNET |  | 15,000 | 15,000 |
| ADVERTISING BUDGET  (google ads,weblinks, direct marketing |  | 40,000 | 40,000 |
| WEBSITE DEVELOPMENT (os.edu/Beit Shvidler) |  | 8,000 | 8,000 |
|  |  | 75,000 | 75,000 |
| **OPERATIONAL EXPENDITURES**  TOTALS |  | $829,665 | 887,005 |
| **PROJECTED INCOME FROM ENROLLMENT & FUNDRAISING**  150. pp |  | -234,700 | -362,000 |
| **TOTAL PROJECTED COST OF PROGRAM** |  | 594,965 | 525,005 |

OS 0741

**From:**           Ohr Somayach <ohr@os.edu>
**Sent:**           Monday, November 9, 2009 1:00 PM
**To:**             'matlinm@concord-management.com'
**Attachments:**    Beit Shvidler monthly expenses.xls

November 9, 2009

Dear Menachem Mendel

I finally sifted through all of our incoming expenses for Beit Shvidler. As the enclosed flow chart demonstrates our monthly outlays for the past 12 months average $14,000 and our average monthly income is $5,000. Our net out of pocket expenses amount to a little over $100,000.

I would appreciate meeting with you to see if we could implement any further cost cutting and saving measures that will further lower our operating deficit. I also look forward to outlining and discussing with you how we can expand our programming calendar even on our austerity budget without significantly adding to the deficit.

Looking forward to speaking to you shortly,


Naftali R

OS 0789

| | |
|---|---:|
| Rabbi Chanowitz/bldg | 1,000 |
| management shabbosim & events | 1,000 |
| programming & speaker fees | 1,000 |
| publicity & Mailing | 500 |
| Fios/computer system | 200 |
| phone | 400 |
| food | 400 |
| cleaning supplies/paper/amenities | 400 |
| garbage disposal/countywide | 235 |
| pest control | 40 |
| alarm | 50 |
| gas & electric | 3,000 |
| linen cleaning | 100 |
| maintenance staff | 2400 |
| maintenace supplies+Depot | 250 |
| sewer tax | 300 |
| sewer clean up | 100 |
| snow and lawn care | 650 |
| repair and replace | 500 |
| copy machine | 250 |
| elevator service | 250 |
| liabilty insurance | 1333 |
| | |
| **MONTHLY EXPENSES** | **14,358** |
| | |
| | |
| | |
| | |
| | |
| | |
| **MONTHLY INCOME** | **5,479** |

OS 0790

| | |
|---|---|
| **From:** | rabbilegacy@gmail.com |
| **Sent:** | Thursday, November 14, 2013 10:06 PM |
| **To:** | M Grossman |
| **Subject:** | Re: Emailing: shvidler.jpg |

I don't know where there is anything else. They probably sketched the sign and there is no jpeg anywhere ------Original
Message------
From: M Grossman
To: NAFTALI REICH
Subject: RE: Emailing: shvidler.jpg
Sent: Nov 14, 2013 10:00 PM

They sent me the first one and said that was what they had.

-----Original Message-----
From: rabbilegacy@gmail.com [mailto:rabbilegacy@gmail.com]
Sent: Thursday, November 14, 2013 9:52 PM
To: M Grossman
Subject: Re: Emailing: shvidler.jpg

I believe Boro park signs should have it. 1718483031. Let's see tomorrow.
Good night
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: "OHR SOMAYACH" <ohr@os.edu>
Date: Thu, 14 Nov 2013 21:48:52
To: <rabbilegacy@gmail.com>
Subject: Emailing: shvidler.jpg

  These are the two logos I have of Shvidler, Menachem M. Matlin wants the Beit Shvidler pdf logo with the words Beit
Shvidler Conference Center.

Can you get that logo.

Tomer said this is the only one he has.

MG




Sent from my Verizon Wireless BlackBerry

OS 0953

**From:**        matlinmike@aol.com
**Sent:**        Friday, November 15, 2013 10:36 AM
**To:**          OHR SOMAYACH
**Subject:**     Re: pictures of logo


Please resend
------Original Message------
From: OHR SOMAYACH
To: matlinmike@aol.com
Subject: pictures of logo
Sent: Nov 15, 2013 10:27 AM

Message truncated due to size.

1

OS 0959

| | |
|---|---|
| **From:** | matlinmike@aol.com |
| **Sent:** | Friday, November 15, 2013 10:55 AM |
| **To:** | OHR SOMAYACH |
| **Subject:** | Re: reduced size of pix 2 |

Thanks a lot
-----Original Message-----
From: "OHR SOMAYACH" <ohr@os.edu>
Date: Fri, 15 Nov 2013 10:55:01
To: <matlinmike@aol.com>
Subject: reduced size of pix 2


The message is ready to be sent with the following file or link attachments:

shvidler2.JPG


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file
attachments.  Check your e-mail security settings to determine how attachments are handled.

OS 0960

**From:** matlinmike@aol.com
**Sent:** Monday, April 7, 2014 6:15 PM
**To:** er@os.edu
**Subject:** Re: beit shvidler report

Dear Rabbi Rokowsky,
Thank you for your e-mail. How many and which events have you had in the building during that period?

Thanks,
MM


-----Original Message-----
From: Rabbi Eliyahu Rokowsky <er@os.edu>
To: matlinmike <matlinmike@aol.com>
Sent: Mon, Apr 7, 2014 6:09 pm
Subject: beit shvidler report

Reb Menachem:

Attached is financial report from sep.'13 to April 7 '14

Please confirm receipt.

Many Thanks!!!!

Rabbi Eliyahu Rokowsky
Executive Director
Ohr Somayach
845-531-5409
cell 845-659-6485
fax 845-425-8865
er@os.edu
www.os.edu


No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2247 / Virus Database: 3722/6813 - Release Date: 04/07/14

1

OS 1177

**From:**            Ohr Somayach <ohr@os.edu>
**Sent:**            Monday, April 7, 2014 9:06 PM
**To:**              matlinmike@aol.com
**Cc:**              'Eliyahu Rokowsky'
**Subject:**         EVENTS IN BEIT SHVIDLER SEPT. 2013 - APRIL 2014.xlsx
**Attachments:**     EVENTS IN BEIT SHVIDLER SEPT. 2013 - APRIL 2014.xlsx; _Certification_.htm

Corrected margins

OS 1178

| | |
|---|---|
| October 4, 2013 | Pillars Shabbaton for orphaned Girls |
| October 11, 2013 | Hasten, Pres. Touro College - aufruf grandchild |
| October 14, 2013 | Connecting to our Spiritual GPS Rebetzin Heller & Reb. Jaeger |
| October 18, 2013 | Kirshner Sheva Brochos |
| October 21, 2013 | Continuing Education |
| October 23, 2013 | Rabbi YY Rubenstein lecture for women in community |
| October 25, 2013 | Glick Bar Mitzvah |
| October 31, 2013 | Avir Yaakov - girls school - Yom Iyun program |
| November 1, 2013 | JEP Westchester kiruv program |
| November 7, 2013 | Rabbi Dovid Orlofsky - lecture |
| November 8, 2013 | Ora V'Simcha alumni weekend |
| November 12, 2013 | Reb. Tzipporah Heller - lecture |
| November 15, 2013 | Glatt - sheva Brochos |
| November 17, 2013 | Twersky/Neustadt Wellness Program |
| November 22, 2013 | Hellman Bar Mitzvah |
| November 29, 2013 | Family Shabbos Chanukah Get-Together |
| December 1, 2013 | Hosted Sikowitz family from Clevelend alumni/Rebbi |
| December 3, 2013 | Community/Alumni Chanukah Party |
| December 6, 2013 | Schneck Family 90th birthday celebration |
| December 18, 2013 | Community Challah baking Program |
| December 19, 2013 | Manhattan HS for Girls presentation by Rabbi Rietti |
| December 10, 2013 | Rothman Bar Mitzvah |
| December 23, 2013 | Winter Torah Experience - college program |
| January 3, 2014 | Wilheim Bar Mitzvah |
| January 5, 2014 | Rebetzin Nechama Karlinsky - well known educator from Israel |
| January 10, 2014 | Zakarin aufruf |
| January 17, 2014 | OVS Menucha Shabbos - Shaya Ostrov |
| January 24, 2014 | Ohr Chodosh Shabbaton for orphaned Girls of marrigeable age |
| January 26, 2014 | Cynamon vort |
| January 28, 2014 | Simins Sheva Brochos |
| February 1, 2014 | Simins Shabbos Sheva Brochos |
| February 2, 2014 | Me'or Kiruv Program - University students |
| February 6, 2014 | Alan Veingrad - Superbowl champion became Baal Teshuva |
| February 7, 2014 | S.H.A.L.O.M. workshop Part I |
| February 9, 2014 | Relationship series by Rabbi Riettei |
| February 16, 2014 | Relationship Series by Rabbi Braun |
| February 22, 2014 | S.H.A.L.O.M. workshop Part II |
| February 22, 2014 | Pillars shabbaton H.S age girls |
| February 23, 2014 | Relationship series - Mrs. Chani Juravel, LCSW |
| February 26, 2014 | Hesped for Gedalya Greenzaid former talmid from Ukraine |
| February 28, 2014 | Platinum Partners weekend |
| March 4, 2014 | Chanie Levy Home Management class |
| March 7, 2014 | EMMET kiruv weekend - Melave Malka |
| March 7, 2014 | Jacobs Bar Mitzvah |
| March 9, 2014 | Pre-Purim Wine demonstration & Laws of Purim |
| March 23, 2014 | Kiruv Program - students from Eugene, Oregon |
| March 28, 2014 | Frankel - Shabbos Sheva Brochos |

| | |
|---|---|
| March 30, 2014 | Pidyon Haben ceremony |
| | |
| | |
| | |
| **EVERY MONDAY A.M.** | 2 Level of Hebrew skills Sori Yankelowitz & Leah Roberts |
| **EVERY MONDAY P.M.** | One 2 One - Learn with a Study Partner |
| **EVERY TUESDAY** | Shaya Ostrov - Menucha Principles - Professional Training skills |
| **EVERY WEDNESDAY** | Chani Juravel Ladies classes |
| **EVERY THURSDAY** | Jew N' Brew - Connect through Torah, Connect through Music |