## MEMORANDUM OF UNDERSTANDING BETWEEN
## THE BENEFACTOR AND OHR SOMAYACH

May 22, 2006

The benefactor agrees to fund the construction of a new Retreat Center up to a cost of 4.5 million dollars of which $250,000 has already been paid.

The classical Jewish sources equate the accrued merit of the benefactors of Torah to the merit of those who teach and impart its values. We view this union as a full partnership in every aspect. Our Tefilos will be directed to the success of one another's endeavors.

1) The name of the building will be reserved for the benefactor or his designee.

2) The funds provided are to be allocated exclusively for the funding of this project.

3) No requests will be presented to the benefactor for additional projects for Ohr Somayach.

_____
Michael Matlin
for the benefactor

Rabbi Abraham Braun
Director/ Ohr Somayach

FIL-00000340



TANENBAUM EDUCATIONAL CENTER

December 31, 2006

Dear

Despite not having final approvals from the Town we continued to move forward on all areas of
planning the project. As such, we have approximately $150,000 of unpaid services that were
provided and not paid.

Here is a revised projected financial schedule for the Ohr Somayach Project over 13 months

### REVISED PROJECTED FINANCIAL SCHEDULE
### TO CONSTRUCT OHR SOMAYACH PROJECT
### OVER 13 MONTHS

| | | |
|---|---|---|
| Jan. 1, 2007 | 1. | 300,000 (150,000 + 150,000) |
| Feb. | 2. | 250,000 |
| March | 3. | 250,000 |
| April | 4. | 250,000 |
| May | 5. | 250,000 |
| June | 6. | 350,000 |
| July | 7. | 350,000 |
| August | 8. | 350,000 |
| Sept. | 9. | 350,000 |
| Oct. | 10. | 350,000 |
| Nov. | 11. | 400,000 |
| Dec. | 12. | 400,000 |
| Jan. | 13. | 400,000 |

$4,250,000

04/08/2008   10:17   8454258865   OHR SOMAYACH   PAGE   02/02

APRIL 2008 EXPENSES

## APRIL EXPENSES

| | |
|---|---|
| Aura Lighting | $40,000 |
| Ridgewood Plumbing | 15,000 |
| Scott Picarillo | 10,000 |
| Team Communication (equipment order) | 25,000 |
| Sussman Windows (front glass) | 65,000 |
| Rapid Trim (doors) | 40,000 |
| Harel Plumbing | 40,000 |
| Atlas Air Conditioning | 20,000 |
| Tyson Krupp | 40,000 |
| Culinary Depot | 25,000 |
| Keren Sheetrock | 40,000 |
| Busch Contracting (ceiling) | 40,000 |
| Mountainview Excavating | 25,000 |
| Barmore Pumps | 5,000 |
| Tomkin & CompanyBasketball retractable units | 15,000 |
| NJ Tile & Stone | 15,000 |
| Kingston Block (paving) | 17,000 |
| Active Fire Protection | 10,000 |
| Mobility Elevator & Lift (kitchen) | 25,000 |
| Old Castle Precast (stucco finish) | 18,000 |
| Danny Abikzer Wood Furnishing | 15,000 |
| Advanced Flooring (gym) | 15,000 |
| Rockland Transit Mix | 20,000 |
| Breiner Carpets | 20,000 |
| Timberman Millworks | 30,000 |
| Salaries | 20,000 |
| | $650,000 |



-----Original Message-----
From: Ohr Somayach <ohr@os.edu>
To: Matlin, Menachem <matlinmike@aol.com>
Sent: Fri, Dec 21, 2007 11:15 am
Subject: building update

Dear Michael

As you know I was out of town due to unfortunate circumstances for the past two weeks and was unable to provide a building progress report.  Upon my return Friday I had to prepare for our winter Legacy programs.  We have over 100 college students participating until from December 16-January 7 and being that I was away for two weeks it has been quite a crunch to ensure everything runs smoothly.  I have not been able to provide pictures of the exterior of the building although you will see if you drive past it is almost complete and looks very impressive.  The stucco is awaiting a final coat of paint and almost all the windows frames and windows are installed.  In the interior the electrical crews have been completing the interior wiring.  The soft wiring for communications, fire systems and the like is also well under way and the upgraded wall base heating system is also almost fully installed.

At present, there are two main crews working in the interior.  One group are framing the ceiling.  As you know some parts of the ceiling are drop tiles, some are sheet rocked and some are concrete pebble.  Many areas require detailed cove lighting and the preparation for the framing and ceiling will continue for another two weeks.

The other crew is working on the soundboard between the rooms.  Besides the sheetrock we are installing additional soundproof board to ensure maximum privacy in each of the rooms.

This week we selected the furniture for the rooms.  A company from New Jersey came in with the best quote.  It is high quality furniture and looks mighty impressive.  I would be glad to show you a sample unit when you drop by the Yeshiva.  Naama Nolin has been hard at work pricing lighting fixtures and floor and wall coverings.  We are making significant progress and it looks like we will be ready to sheetrock and start the interior work within 3-4 weeks.

Next week I will be able to provide for you a more detailed update with pictures.

Meanwhile, all my best for a wonderful Shabbos.

Rabbi Naftali Reich

FIL-00000122



Redacted

**From:** Michael Matlin
**Sent:** Monday, January 21, 2008 12:53 PM
**To:** 'matlinmike@aol.com'
**Subject:** FW: Matlin january 17

**From:** Ohr Somayach [mailto:ohr@os.edu]
**Sent:** Monday, January 21, 2008 10:48 AM
**To:** Michael Matlin
**Subject:** Matlin january 17

Dear Menachem Mendel

Just a brief update on the buildings progress. We are still awaiting the final shipment of brick needed to complete the front glass curtain wall. This is expected to arrive this Monday and we are hoping for good weather next week to finish the two front colonnades in brick which will allow us to finish the front entrance and close the building.

Insulation has begun in the upper floors with R19 wall insulation. We have redesigned the insulation between the rooms with the latest upgraded sound dampening technology
(resilient clips and channels in combination with 3M green glue) and we are confident that after this is installed each room will have maximum privacy. This upgrade will delay the final sheetrock installation a few more days but it is well worth it and we will increase the pace of the installation to make up for any time lost.

Naama has been busy at work with much of the interior design. A large deposit has been placed for the interior furniture. This has been ordered from a company in South Carolina that specializes in hotel furniture and promises to be functional, beautiful and of good quality.

Otherwise, the heating, plumbing and soft wiring continues at a steady drip and we look forward to starting a full blown sheetrock as soon as the building is completely sealed and the insulation is complete.

The attached pictures should give you a little bit more of an idea where the building is holding. The ceiling frames are now also complete and ready for cove lighting in all the public areas. We also have contracted the kitchen equipment to a local company (Culinary Connections next to Midas on Route 59) that have presented an attractive proposal for a top quality warming kitchen which will allow basic cooking on occasion should it be necessary. They have excellent connections with the town and will undertake all approvals for the exhaust plan which is a great relief to us.

FIL-00000614

On the hiring front I am not sure if Rabbi Braun apprised you but we are negotiating with a superb candidate and we are cautiously optimistic that we will be able to secure him and move forward with securing a full calendar of booked events well before opening day.

Looking forward to speaking to you in the near future.  I will be in the West Coast at the beginning of next week for a talmid's wedding and at the AJOP Convention on Monday and Tuesday. However, Rabbi Fromowitz and the crew are moving full steam ahead.

Wishing you a wonderful Shabbos

Rabbi Naftali Reich

FIL-00000615



-----Original Message-----
From: Ohr Somayach <ohr@os.edu>
To: Matlin, Menachem <matlinmike@aol.com>
Sent: Fri, Feb 1, 2008 12:07 pm
Subject: projected expenses for Feb.

Dear Menachem Mendel

Attached please find a list of our projected expenses for February.  As you can see the majority of payments due are dedicated to the hardcore building costs which should be in most complete by the end of February.  The bulk of our interior decorating woodwork and finishing costs will be spread over the March-June timeframe.

Please feel free to call myself or Rabbi Fromowitz with any queries regarding any individual payments or the like.

Thank you very much for your assistance.

Rabbi Naftali Reich

1

FIL-00000133

**FEBRUARY 2008 PROJECTED OUTLAYS**

| | | |
|---|---|---|
| BUSCH FRAMING  (final payment) | | 40,000 |
| KEREN & COMPANYSheetrock | | 50,000 |
| Y & G Corp. - Insulation (sound altenvation | | 20,000 |
| DRYWALL EXPRESS (Sound Attenuation) | | 10,000 |
| HAREL - PLUMBING & HEATING | | 60,000 |
| RIDGWOOD PLUMBING | | 30,000 |
| MOTI ELECTRIC (inclused fixtures & Spot lighting) | | 40,000 |
| MOUNTAIN VIEW (SITE WORK ) | | 30,000 |
| TEAM COMMUNICATIONS, Soft wiring (Arthur Jacknis) | | 25,000 |
| BOSS Roofing  (final payment) | | 20,000 |
| ML Construction (Doors & Locking System) | | 20,000 |
| DAMAP CONSTRUCTION (Brick work Final Payment) | | 30,000 |
| AM GLASS (glass front wall) | | 75,000 |
| Misc (garbage removal, masonry, security) | | 15,000 |
| Naama Nolan (February) | | 5,000 |
| Rabbi Fromowitz | | 10,000 |
| Decorating Deposits and Payments | | 20,000 |
| | | |
| | | |
| | | |
| **TOTAL COSTS** | | **500,000** |

**TOTAL PROJECTED FEBRUARY PAYMENTS**



**From:** Ohr Somayach <ohr@os.edu>
**Sent:** Monday, September 21, 2009 7:19 PM
**To:** Michael Matlin
**Subject:** budget Beit Shvidler

September 21, 2009

Dear Michael

I trust you had a meaningful Rosh Hashona. Here at Ohr Somayach it was truly inspiring. The Beit Shvidler was fully utilized with our alumni who greatly enjoyed the opportunity of reconnecting and hearing a selection of special classes from mentors and teachers.

I have a list of the past and projected programs hosted at Beit Shvidler for 2009. It is impressive that despite our financial circumstances we did service a large population in a variety of educational programs. As I told you recently, we are presently running the center on a shoestring budget. We are optimistic that we will be able to launce a nationwide program for couples to share in the Yeshiva experience.

At present our operating deficit on the center runs at $10,000 a month which is the cost of the utilities, essential maintenance and groundkeeping. The revenue from each program
(approximately $300 per couple) covers the catering, room, linen, hospitality services and special classes and lectures.  We currently absorb the operating deficit in our general budget.

Now that we have a good idea of our core operational costs we have been able to scale down the projected budget for launching the nationwide recruitment campaign and Bayit program with a strong on-line internet presence.  We have been able to scale down our projected costs to a little over $500,000 a year for the first and second year of the centers operation. We would all love to see our vision of the Bayit unfold. Rabbi Braun will outline to you our expanded vision for the Bayit's programming which encompasses yeararound, weekend, midweek, weeklong and Sunday programs servicing all segments of the Jewish family under the umbrella slogan of "@ The Bayit"

I have attached a detailed projected budget. We are working hard to find foundations that will assist us in launching the program in a nationwide and professional format. To date we have not been successful.

1

FIL-00000692

Wishing you and yours a G'mar Chatimah Tovah.

All the best,


Rabbi Naftali Reich

FIL-00000693

**PROJECTED BUDGET FOR FIRST 2010**
**AND SECOND YEAR 2011 OF CENTER'S OPERATION**

|  |  |  | FIRST YEAR |
|---|---|---|---|
| **PERSONNEL SALARIES & EXPENSES** | | | |
| DIRECTOR OF RECRUITMENT | | 95,000+ 15,000 | 110,000 |
| DIRECTOR OF PROGRAMMING & HOSPITALITY | | | 36,000 |
| CHILDCARE (2 people program $100. a day) | | | 23,400 |
| 1 JANITOR F/T | | | 36,000 |
| 1 JANITORIAL AIDE | | | 24,000 |
| DAY CAMP COUNSELORS (includes week long programs) | | | 15,000 |
| TEACHING STAFF & HONORARIUMS | | 12,000 a mo, see attached | 144,000 |
| TRAVEL BUDGET FOR DIRECTOR | | | 12,000 |
| PAYROLL TAXES | (7.5% of SALARIES) | | 14,325 |
| ACCOUNTANCY FEES & BOOKKEEPING | | | 6,000 |
|  | | | **420,725** |
| **MAINTENANCE** | | | |
| UTILITIES & WATER (7,000 a month) | | | 84,000 |
| CATERING & FOOD SUPPLIES | | | 170,940 |
| HOUSEKEEPING & JANITORIAL SUPPLIES | | | 18,000 |
| GROUNDS MAINTENANCE (SNOW REMOVAL & LANDSCAPING) | | | 12,000 |
| REPAIRS & MAINTENANCE (FIRST 2 YRS. MINIMAL - WARRANTIES) | | | 18,000 |
| LAUNDRY SERVICES | | | 19,000 |
| INSURANCE - FIRE & LIABILITY | | | 12,000 |
|  | | | **333,940** |
| **MARKETING, RECRUITMENT, HOSPITALITY** | | | |
| PRINTING & OFFICE SUPPLIES | | | 12,000 |
| TELEPHONE & INTERNET | | | 15,000 |
| ADVERTISING BUDGET  (google ads,weblinks, direct marketing | | | 40,000 |
| WEBSITE DEVELOPMENT (os.edu/Beit Shvidler) | | | 8,000 |
|  | | | **75,000** |
| **OPERATIONAL EXPENDITURES** | | **TOTALS** | **$829,665** |
| **PROJECTED INCOME FROM ENROLLMENT & FUNDRAISING** 150. pp | | | **-234,700** |

**TOTAL PROJECTED COST OF PROGRAM**                                           594,965

SECOND YEAR

110,000
36,000
33,600
36,000
24,000
15,000
144,000
12,000
14,325
<u>6,000</u>
**430,925**

84,000
218,080
18,000
12,000
18,000
19,000
<u>12,000</u>
**381,080**

12,000
15,000
40,000
<u>8,000</u>
**75,000**

**887,005**
**-362,000**

**525,005**



**From:** Ohr Somayach [mailto:ohr@os.edu]
**Sent:** Wednesday, March 07, 2012 11:21 AM
**To:** Michael Matlin
**Subject:** as per Rabbi Braun

FIL-00000344

| Description | amount owed | |
|---|---|---|
| loans | $208,750.00 | |
| vendors payable | $269,230.00 | |
| payroll owed | $498,636.00 | |
| severance owed | $200,000.00 | |
| total | $1,176,616.00 | |



-----Original Message-----
From: OHR SOMAYACH <ohr@os.edu>
To: matlinmike@aol.com
Sent: Mon, Nov 11, 2013 5:08 pm
Subject: Emailing: Beit Shvidler activites Jan - Aug 2013.pdf


The message is ready to be sent with the following file or link attachments:

Beit Shvidler activites Jan - Aug 2013.pdf


Note: To protect against computer viruses, e-mail programs may prevent
sending or receiving certain types of file attachments.  Check your e-mail
security settings to determine how attachments are handled.

1

FIL-00000370



# OHR SOMAYACH MONSEY
## BEIT SHVIDLER
# CONFERENCE CENTER EVENTS

*January 2013 – August 2013*

[Remainder of booklet entitled "Ohr Somayach Monsey Beit Shvidler Conference Center Events January 2013 – August 2013" omitted for convenience.]



-----Original Message-----
From: OHR SOMAYACH <ohr@os.edu>
To: matlinmike@aol.com; matlinm@concordmanagement.com
Sent: Thu, Nov 14, 2013 5:12 pm
Subject: FW: Beit shvidler logo

.
.colors may be a bit off. I hope it is okay.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1901 / Virus Database: 2109/4720 - Release Date: 01/03/12

1

FIL-00000417



FIL-00000418



-----Original Message-----
From: OHR SOMAYACH <ohr@os.edu>
To: matlinmike@aol.com
Sent: Thu, Nov 14, 2013 5:37 pm
Subject: FW: Beit Shvidler Logo.pdf

Is this okay?

.

FIL-00000419



FIL-00000420

Michal Krauthamer
Graphic Designer
michal@tntdesigngroup.com

TNT Design Group
25 Philips Parkway
Montvale, NJ 07645

Tel: 1201-391-5392
Fax: 1201-391-5395

Check us out online www.tntdesigngroup.com

FIL-00000421



-----Original Message-----
From: OHR SOMAYACH <ohr@os.edu>
To: matlinmike@aol.com
Sent: Fri, Nov 15, 2013 10:22 am
Subject: just got this email FW: Emailing: shvidler.jpg

I hope this is good. I am also getting a picture , just in case.
MG

**From:** Boro Park Signs
**Sent:** Friday, November 15, 2013 9:56 AM
**To:** OHR SOMAYACH
**Subject:** Re: FW: Emailing: shvidler.jpg

I just found this (I'm not sure if it was the final)

1



FIL-00000423



Redacted

-----Original Message-----
From: OHR SOMAYACH <ohr@os.edu>
To: matlinmike@aol.com
Sent: Fri, Nov 15, 2013 10:27 am
Subject: pictures of logo

FIL-00000424



FIL-00000425



FIL-00000426



Redacted

-----Original Message-----
From: OHR SOMAYACH <ohr@os.edu>
To: matlinmike@aol.com
Sent: Fri, Nov 15, 2013 10:53 am
Subject: reduced size of pix 1


The message is ready to be sent with the following file or link attachments:

shvidler1.JPG


Note: To protect against computer viruses, e-mail programs may prevent
sending or receiving certain types of file attachments.  Check your e-mail
security settings to determine how attachments are handled.

1



FIL-00000428



-----Original Message-----
From: Rabbi Eliyahu Rokowsky <er@os.edu>
To: matlinmike@aol.com
Sent: Mon, Apr 7, 2014 6:08 pm
Subject: beit shvidler report

Reb Menachem:

Attached is financial report from sep.'13 to April 7 '14

Please confirm receipt.

Many Thanks!!!!

Rabbi Eliyahu Rokowsky
Executive Director
Ohr Somayach
845-531-5409
cell 845-659-6485
fax 845-425-8865
er@os.edu
www.os.edu

FIL-00000142

**5:59 PM**
**04/07/14**
**Accrual Basis**

# OHR SOMAYACH
# Profit & Loss
### September 1, 2013 through April 7, 2014

| | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Beit Shvidler** | |
| **Rental** | 136,780.00 |
| **Total Beit Shvidler** | 136,780.00 |
| **Total Income** | 136,780.00 |
| **Expense** | |
| **Rabbi Ari Webber program Director** | 35,000.00 |
| **Program expenses** | 30,000.00 |
| **Food & Supplies** | 69.99 |
| **Insurance** | |
| **Liability Insurance** | 210.00 |
| **Total Insurance** | 210.00 |
| **Repairs & Maintenance** | |
| **Cleaning** | 25,565.00 |
| **Material & Supplies** | 2,620.05 |
| **Repairs & Maintenance - Other** | 3,208.91 |
| **Total Repairs & Maintenance** | 31,393.96 |
| **Utilities** | |
| **Gas and Electric** | 32,386.89 |
| **Total Utilities** | 32,386.89 |
| **Total Expense** | 129,060.84 |
| **Net Ordinary Income** | 7,719.16 |
| **Net Income** | **7,719.16** |



Redacted

-----Original Message-----
From: Eliyahu Rokowsky <er@os.edu>
To: matlinmike@aol.com
Sent: Mon, Apr 7, 2014 7:21 pm
Subject: Re: beit shvidler report

Mrs Grossman will send you the information later tonight.
Thank You
Eliyahu

Sent via the Samsung Galaxy S™III, an AT&T 4G LTE smartphone
~
Eliyahu Rokowsky
Executive Director
Ohr Somayach
244 Route 306
Monsey NY 10952

-------- Original message --------
From: matlinmike@aol.com
Date: 04/07/2014 6:15 PM (GMT-05:00)
To: er@os.edu
Subject: Re: beit shvidler report

Dear Rabbi Rokowsky,
Thank you for your e-mail. How many and which events have you had in the building during that period?

Thanks,
MM

-----Original Message-----
From: Rabbi Eliyahu Rokowsky <er@os.edu>
To: matlinmike <matlinmike@aol.com>
Sent: Mon, Apr 7, 2014 6:09 pm
Subject: beit shvidler report

Reb Menachem:

Attached is financial report from sep.'13 to April 7 '14

1

FIL-00000140

Please confirm receipt.

Many Thanks!!!!

Rabbi Eliyahu Rokowsky
Executive Director
Ohr Somayach
845-531-5409
cell 845-659-6485
fax 845-425-8865
er@os.edu
https://protect-us.mimecast.com/s/MyUQCgJQ7GIOqoQINJr92?domain=os.edu

FIL-00000141



-----Original Message-----
From: Ohr Somayach <ohr@os.edu>
To: matlinmike@aol.com
Cc: 'Eliyahu Rokowsky' <er@os.edu>
Sent: Mon, Apr 7, 2014 9:06 pm
Subject: EVENTS IN BEIT SHVIDLER SEPT. 2013 - APRIL 2014.xlsx

Corrected margins

1

FIL-00000123

| | |
|---|---|
| October 4, 2013 | Pillars Shabbaton for orphaned Girls |
| October 11, 2013 | Hasten, Pres. Touro College - aufruf grandchild |
| October 14, 2013 | Connecting to our Spiritual GPS Rebetzin Heller & Reb. Jaeger |
| October 18, 2013 | Kirshner Sheva Brochos |
| October 21, 2013 | Continuing Education |
| October 23, 2013 | Rabbi YY Rubenstein lecture for women in community |
| October 25, 2013 | Glick Bar Mitzvah |
| October 31, 2013 | Avir Yaakov - girls school - Yom Iyun program |
| November 1, 2013 | JEP Westchester kiruv program |
| November 7, 2013 | Rabbi Dovid Orlofsky - lecture |
| November 8, 2013 | Ora V'Simcha alumni weekend |
| November 12, 2013 | Reb. Tzipporah Heller - lecture |
| November 15, 2013 | Glatt - sheva Brochos |
| November 17, 2013 | Twersky/Neustadt Wellness Program |
| November 22, 2013 | Hellman Bar Mitzvah |
| November 29, 2013 | Family Shabbos Chanukah Get-Together |
| December 1, 2013 | Hosted Sikowitz family from Clevelend alumni/Rebbi |
| December 3, 2013 | Community/Alumni Chanukah Party |
| December 6, 2013 | Schneck Family 90th birthday celebration |
| December 18, 2013 | Community Challah baking Program |
| December 19, 2013 | Manhattan HS for Girls presentation by Rabbi Rietti |
| December 10, 2013 | Rothman Bar Mitzvah |
| December 23, 2013 | Winter Torah Experience - college program |
| January 3, 2014 | Wilheim Bar Mitzvah |
| January 5, 2014 | Rebetzin Nechama Karlinsky - well known educator from Israel |
| January 10, 2014 | Zakarin aufruf |
| January 17, 2014 | OVS Menucha Shabbos - Shaya Ostrov |
| January 24, 2014 | Ohr Chodosh Shabbaton for orphaned Girls of marrigeable age |
| January 26, 2014 | Cynamon vort |
| January 28, 2014 | Simins Sheva Brochos |
| February 1, 2014 | Simins Shabbos Sheva Brochos |
| February 2, 2014 | Me'or Kiruv Program - University students |
| February 6, 2014 | Alan Veingrad - Superbowl champion became Baal Teshuva |
| February 7, 2014 | S.H.A.L.O.M. workshop Part I |
| February 9, 2014 | Relationship series by Rabbi Riettei |
| February 16, 2014 | Relationship Series by Rabbi Braun |
| February 22, 2014 | S.H.A.L.O.M. workshop Part II |
| February 22, 2014 | Pillars shabbaton H.S age girls |
| February 23, 2014 | Relationship series - Mrs. Chani Juravel, LCSW |
| February 26, 2014 | Hesped for Gedalya Greenzaid former talmid from Ukraine |
| February 28, 2014 | Platinum Partners weekend |
| March 4, 2014 | Chanie Levy Home Management class |
| March 7, 2014 | EMMET kiruv weekend - Melave Malka |
| March 7, 2014 | Jacobs Bar Mitzvah |
| March 9, 2014 | Pre-Purim Wine demonstration & Laws of Purim |
| March 23, 2014 | Kiruv Program - students from Eugene, Oregon |
| March 28, 2014 | Frankel - Shabbos Sheva Brochos |



**From:** Ohr Somayach <ohr@os.edu>
**Sent:** Tuesday, April 8, 2014 11:58 AM
**To:** Michael Matlin
**Subject:** RE: Rabbi Braun

Thank you very much.

**From:** Michael Matlin [mailto:matlinm@concord-management.com]
**Sent:** Tuesday, April 08, 2014 11:42 AM
**To:** Ohr Somayach
**Subject:** RE: Rabbi Braun

Yes, it was sent.

**From:** Ohr Somayach [mailto:ohr@os.edu]
**Sent:** Tuesday, April 08, 2014 11:05 AM
**To:** Michael Matlin
**Subject:** FW: Rabbi Braun

**From:** Ohr Somayach [mailto:ohr@os.edu]
**Sent:** Tuesday, April 08, 2014 10:40 AM
**To:** 'matlinmike@aol.com'
**Subject:** Rabbi Braun

Have you been able to send the e-mail to Eugene yet?

Rabbi Braun would like to call him but will wait until Eugene has received the e-mail.

Thank you

1