**JONATHAN M. PROMAN, ESQ.**
30 WALL STREET, EIGHTH FLOOR
NEW YORK, NEW YORK 10005
(917) 524-7566
JPROMAN@PROMANLAW.COM

> The parties' request to adjourn the conference scheduled for March 30, 2021 is denied.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
>       January 27, 2021

January 26, 2021

**Via ECF**

Hon. Philip M. Halpern
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Ohr Somayach/Joseph Tanenbaum Educational Center v. Farleigh International Limited*
    Case No. 19-cv-11730 (PMH) (AEK)

Dear Judge Halpern:

On behalf of Plaintiff-Counterclaim Defendant Ohr Somayach/Joseph Tanenbaum Educational Center, and jointly with Defendant-Counterclaim Plaintiff Farleigh International Limited, we write to request an adjournment of the conference currently scheduled for Tuesday, March 30, 2021.

The parties are actively engaged in discussions regarding a potential resolution. To help facilitate those discussions, all discovery deadlines have been held in abeyance pursuant to the Hon. Andrew E. Krause's Order, dated January 25, 2021 [dkt. no. 103]. Accordingly, the parties respectfully request that the Court adjourn the March 30, 2021 conference, to a date (if any) to be determined at a later time.

The parties thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Jonathan M. Proman*

Jonathan M. Proman

cc (via ECF): All counsel of record